Sean Pak (SBN 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6320
Facsimile: (415) 875-6700

Thomas D. Pease (*pro hac vice*)
(N.Y. Bar No. 2671741)
thomaspease@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff*
TACTION TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC., | Case No. 21-cv-00812-GPC-JLB |
| Plaintiff, | —————————— |
| vs. | **TACTION'S ANSWER TO APPLE'S COUNTERCLAIMS** |
| APPLE INC., | |
| Defendant | **JURY TRIAL DEMANDED** |
| | |
| APPLE INC., | |
| Counterclaim-Plaintiff, | |
| vs. | |
| TACTION TECHNOLOGY, INC., | |
| Counterclaim-Defendant | |

Plaintiff and Counterclaim-Defendant Taction Technology, Inc. ("Taction") answers the counterclaims of Defendant and Counterclaim-Plaintiff Apple Inc. ("Apple").  Taction responds to the allegations contained in the numbered paragraphs of Apple's counterclaims below.  Except as expressly admitted, all allegations are denied.

## COUNTERCLAIMS

1.    Admitted.

2.    Admitted.

## JURISDICTION AND VENUE

3.    Admitted that Apple purports to bring its counterclaims under the patent laws of the United States and the Declaratory Judgment act.  Admitted that this Court has subject matter jurisdiction over Apple's counterclaims.  Denied that Apple is entitled to any of the relief that it seeks.  Except as expressly admitted, all other allegations of Apple's paragraph 3 are denied.

4.    Admitted.

5.    Denied.

## DECLARATORY JUDGMENT COUNTERCLAIMS

6.    Taction incorporates by reference its responses in paragraphs 1-5 above.

7.    Admitted.

8.    Admitted.

9.    Admitted.

10.    Denied.

## COUNT I

11.    Taction incorporates by reference its responses in paragraphs 1-10 above.

12.    Admitted.

13.    Denied.

14.    Admitted.

15.    Denied.

-1-

TACTION'S ANSWER TO APPLE'S COUNTERCLAIMS

16.     Admitted that Apple is requesting the declaration of the Court that Apple does not infringe and has not infringed any claim of the '885 patent.  Denied that Apple does not infringe and has not infringed any claim of the '885 patent.  Except as expressly admitted, all other allegations of Apple's paragraph 16 are denied.

### COUNT II

17.     Taction incorporates by reference its responses in paragraphs 1-16 above.

18.     Admitted that the quoted material is contained in the cited documents.  Otherwise denied.

19.     Taction lacks knowledge or information sufficient to form a belief about the truth of the allegations of Apple's paragraph 19, and on that basis denies them.

20.     Denied that one or more claims of the '885 patent are invalid.  Admitted that Apple is requesting the declaration of the Court that one or more claims of the '885 patent are invalid.  Except as expressly admitted, all other allegations of Apple's paragraph 20 are denied.

### COUNT III

21.     Taction incorporates by reference its responses in paragraphs 1-20 above.

22.     Admitted.

23.     Denied.

24.     Admitted.

25.     Denied.

26.     Admitted that Apple is requesting the declaration of the Court that Apple does not infringe and has not infringed any claim of the '117 patent.  Denied that Apple does not infringe and has not infringed any claim of the '117 patent.  Except as expressly admitted, all other allegations of Apple's paragraph 26 are denied.

### COUNT IV

27.     Taction incorporates by reference its responses in paragraphs 1-26 above.

28.     Admitted that the quoted material is contained in the cited documents.  Otherwise denied.

TACTION'S ANSWER TO APPLE'S COUNTERCLAIMS

29.     Taction lacks knowledge or information sufficient to form a belief about the truth of the allegations of Apple's paragraph 29, and on that basis denies them.

30.     Denied that one or more claims of the '117 patent are invalid.  Admitted that Apple is requesting the declaration of the Court that one or more claims of the '117 patent are invalid.  Except as expressly admitted, all other allegations of Apple's paragraph 30 are denied.

## REQUEST FOR RELIEF

The section of Apple's counterclaims entitled "Request for Relief" sets forth the statement of relief by Apple to which no response is required.  Taction denies that Apple is entitled to any relief sought in its "Request for Relief" or otherwise.

## DEMAND FOR JURY TRIAL

The section of Apple's counterclaims entitled "Request for a Jury Trial" sets forth Apple's demand for a jury trial to which no response is required.

## AFFIRMATIVE DEFENSES

Without prejudice to the denials set forth in this Answer to Counterclaims and to the ability to amend this Answer to seek and allege any and all defenses not presently known or that are revealed during the course of discovery or otherwise, Taction asserts the following affirmative defenses in response to Apple's counterclaims:

## FIRST AFFIRMATIVE DEFENSE
### Failure to State a Claim

Apple's counterclaims fail to state any claim for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE
### Equitable Defenses

Apple's counterclaims are barred by the doctrines of waiver, estoppel, laches, and/or unclean hands.

1    Dated:  July 8, 2021                Respectfully submitted,

2                                 By:     */s/ Sean Pak*

3                                    Sean Pak (SBN 219032)
seanpak@quinnemanuel.com
4                                    QUINN EMANUEL URQUHART &
SULLIVAN, LLP
5                                    50 California Street, 22nd Floor
San Francisco, CA 94111
6                                    Telephone: (415) 875-6320
Facsimile: (415) 875-6700

7                                    Thomas D. Pease (*pro hac vice*)
(N.Y. Bar No. 2671741)
8                                    thomaspease@quinnemanuel.com
9                                    QUINN EMANUEL URQUHART &
SULLIVAN, LLP
10                                   51 Madison Avenue, 22nd Floor
New York, New York 10010
11                                   Telephone: (212) 849-7000
Facsimile: (212) 849-7100

12

13                                  *Attorneys for Plaintiff*
*TACTION TECHNOLOGY. INC.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TACTION'S ANSWER TO APPLE'S COUNTERCLAIMS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 8, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Sean Pak*

Sean Pak

TACTION'S ANSWER TO APPLE'S COUNTERCLAIMS