| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
|   | Seth M. Sproul (SBN 217711) |
| 3 | sproul@fr.com |
|   | FISH & RICHARDSON P.C. |
| 4 | 12860 El Camino Real, Suite 400 |
|   | San Diego, CA 92130 |
| 5 | Tel: (858) 678-5070 |
| 6 | Fax: (858) 678-5099 |
| 7 | Joy B. Kete *(pro hac vice)* |
|   | kete@fr.com |
| 8 | FISH & RICHARDSON P.C. |
|   | One Marina Park |
| 9 | Boston, MA 02210 |
| 10 | Tel: 617-542-5070 / Fax: 617-542-8906 |
| 11 | Attorneys for Defendant Apple Inc. |
| 12 | *Additional Counsel Listed on Last Page* |

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC., | Case No. 21-cv-00812-GPC-JLB |
| Plaintiff, | |
| v. | **DECLARATION OF JACQUELINE TIO IN SUPPORT OF APPLE INC.'S UNNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL** |
| APPLE INC. | |
| Defendant. | District Judge: Hon. Gonzalo P. Curiel |
| | Magistrate Judge: Jill L. Burkhardt |

Case No. 21-cv-00812-GPC-JLB

I, Jacqueline Tio, hereby declare:

1. I am an attorney in the law firm of Fish & Richardson P.C., counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned matter. I am a member of the Bar of the State of Georgia and am admitted to practice *pro hac vice* in this Court. I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Apple's Motion to File Document Under Seal.

2. The redacted portion of Exhibit B contains information designated by Plaintiff as Confidential – Attorneys' Eyes Only. Apple conferred with counsel for Taction, who confirmed that this information is sensitive Taction confidential business information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of September in Atlanta, Georgia.

Dated: September 27, 2021        FISH & RICHARDSON P.C.

                                 By: */s/ Jacqueline Tio*
                                     Jacqueline Tio

1  Additional Counsel:

2

3  Laura E. Powell (*pro hac vice*)
   powell@fr.com
   FISH & RICHARDSON P.C.
4  1000 Maine Avenue S.W., Suite 1000
   Washington, D.C. 20024
5  Tel: 202-783-5070/Fax: 202-783-2331

6
   Jacqueline Tio (*pro hac vice*)
7  tio@fr.com
   FISH & RICHARDSON P.C.
8  1180 Peachtree Street, N.E., 21st Floor
   Atlanta, GA 30309
9  Tel: 404-892-5005/Fax 404-892-5005

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28