Sean Pak (SBN 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6320
Facsimile: (415) 875-6700

Thomas D. Pease (*pro hac vice*)
(N.Y. Bar No. 2671741)
thomaspease@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff
Taction Technology, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TACTION TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant | Case No. 21-cv-00812-TWR-JLB <br> ─────────────── <br> **DECLARATION OF GAVIN SNYDER IN SUPPORT OF TACTION'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Judge: Hon. Todd W. Robinson <br><br> Magistrate Judge: Hon Jill L. Burkhardt |

I, Gavin Snyder, declare as follows:

1. I am an attorney with the law firm Quinn Emanuel Urquhart & Sullivan, LLP and counsel for Plaintiff Taction Technology, Inc. ("Taction") in this case. I am a member of the State Bar of California and the Washington State Bar Association. I have personal knowledge of the facts contained in this declaration and, if called upon to do so, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Taction's Motion to File Documents Under Seal.

3. The redacted portion of Taction's Opposition to Apple's Motion to Compel contains information designated by Taction as Confidential – Attorneys' Eyes Only.

4. The redacted portion of Exhibit B contains information designated by Taction as Confidential – Attorneys' Eyes Only.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of October, 2021 in Seattle, Washington.

By   */s/ Gavin Snyder*
    Gavin Snyder