UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                      Defendant. | Case No.: 21-cv-00812-TWR-JLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[ECF No. 50]** |

Before the Court is Plaintiff's Motion to File Documents Under Seal. (ECF No. 50.) Plaintiff seeks to redact information from its Opposition to Defendant's Motion to Compel and attached exhibit. (ECF Nos. 50; 52.) Plaintiff seeks to redact this information because (1) it has been designated as "Confidential – For Attorneys' Eyes Only" under the protective order, and (2) it contains "sensitive" and "confidential business information." (ECF No. 50 at 2.) Plaintiff filed the proposed document and exhibit under seal in unredacted form and publicly filed the documents in redacted form. (ECF Nos. 51; 52.)

Plaintiff has demonstrated good cause to make narrowly tailored redactions of its business information from its opposition and exhibit to Defendant's Motion to Compel. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Accordingly, Plaintiff's Motion (ECF No. 50) is **GRANTED**. The Court **DIRECTS** the

1  Clerk of Court to file Plaintiff's unredacted opposition and exhibit (ECF No. 51) **UNDER**
2  **SEAL**.
3      **IT IS SO ORDERED.**
4  Dated:  November 23, 2021

                                     Hon. Jill L. Burkhardt
                                     United States Magistrate Judge