UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC.,<br>Plaintiff,<br>v.<br>APPLE INC.,<br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 21-cv-00812-TWR-JLB<br><br>**ORDER REQUIRING PRODUCTION OF PRIVILEGE LOG AND SUBMISSION OF CERTAIN DOCUMENTS FOR IN CAMERA REVIEW**<br><br>**[RE: ECF No. 44]** |

Before the Court is a Motion to Compel filed by Defendant Apple, Inc. ("Defendant"). (ECF No. 44.) Defendant seeks to compel discovery related, *inter alia*, to litigation funding from Plaintiff Taction Technology, Inc. ("Plaintiff") responsive to Interrogatory No. 6 and Requests for Production ("RFP") Nos. 48, 50, and 51 from its First Set of Discovery Requests. (*Id.* at 2.) At issue, in part, are Plaintiff's objections based on relevance and work product privilege. Plaintiff invited the Court to review documents *in camera* if the Court deemed it necessary. (ECF No. 52 at 10.) The Court finds an *in-camera* review of certain documents to be necessary and appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

1. As of the time of briefing, Plaintiff had not produced a privilege log. (*See* ECF No. 44 at 2; ECF No. 52 at 12.) If Plaintiff has not already done so, Plaintiff shall produce a privilege log, compliant with Federal Rule of Civil Procedure 26(b)(5), to Defendant for all responsive documents withheld on the basis of privilege by **February 4, 2022**.
2. By the same date, Plaintiff shall submit to the Court any litigation funding agreement(s) for this litigation and any documents responsive to RFP Nos. 48, 50, and 51 that address or reflect the valuation of the Asserted Patents, as well as any privilege log provided to Defendant regarding the discovery at issue. The documents and the log shall be emailed to the Court at efile_Burkhardt@casd.uscourts.gov.

Dated: January 21, 2022

Jill Burkhardt

Hon. Jill L. Burkhardt
United States Magistrate Judge