Christopher S. Marchese (SBN 170239)
marchese@fr.com
Seth M. Sproul (SBN 217711)
sproul@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: 858 678-5070 / Fax: 858-678-5099

Joy B. Kete (*pro hac vice*)
kete@fr.com
FISH & RICHARDSON P.C.
One Marina Park
Boston, MA 02210
Tel: 617-542-5070 / Fax: 617-542-8906

Jacqueline Tio (*pro hac vice*)
tio@fr.com
Eda Stark (*pro hac vice*)
stark@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
Tel: 404-892-5005/Fax 404-892-5005

Attorneys for Defendant Apple Inc.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC.,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.<br>　　　　　Defendant. | Case No. 3:21-cv-00812-TWR-JLB<br><br>**DEFENDANT APPLE INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>District Judge: Hon Todd W. Robinson<br>Magistrate Judge: Jill L. Burkhardt |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE: Pursuant to Civil Local Rule 79.2, Patent Local
3  Rule 2.2, and as required by Paragraphs 15 and 22 of the Protective Order entered by
4  the Court in this matter, ECF No. 37, Apple files this Motion for leave to file under
5  seal the following:

6  - DECLARATION OF SETH M. SPROUL IN RESPONSE TO
7    COURT'S ORDER RE SOURCE CODE IN ECF NO. 85 ("Sproul
8    Declaration")

9  Compelling reasons exist to file the Sproul Declaration under seal. Information
10 contained in such has been designated by Defendant Apple Inc. ("Apple") as
11 CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY - SOURCE CODE
12 under the Protective Order. It contains sensitive Apple confidential business
13 information, specifically listing and describing Apple's source code, and steps taken
14 by counsel to analyze such source code.

15 Courts within the Ninth Circuit—including the Southern District of
16 California—have recognized that such confidential and proprietary technical
17 information qualifies as a trade secret and is properly subject to sealing. *See Mezzadri*
18 *v. Med. Depot, Inc.*, No. 14-cv-2330, 2015 WL 12564223, at *2 (S.D. Cal. Dec. 18,
19 2015) ("There may be 'good cause' to seal records that are privileged, contain trade
20 secrets, contain confidential research, development or commercial information, or if
21 disclosure of the information might harm a litigant's competitive standing."); *In re*
22 *Adobe Sys., Inc. Sec. Litig.*, 141 F.R.D. 155, 161-62 (N.D. Cal. 1992) ("Protective
23 orders and filings under seal are the primary means by which the courts ensure full
24 disclosure of relevant information, while still preserving the parties' (and third
25 parties') legitimate expectation that confidential business information, proprietary
26 technology and trade secrets will not be publicly disseminated."); *Microsoft Corp. v.*
27 *Motorola, Inc.*, No. 10-cv-1823-JLR, 2012 WL 5476846, at *3 (W.D. Wash. Nov. 12,
28 2012) ("[D]uring testimony related to confidential source code, settlement

negotiations, and technical information, the court will close the courtroom to unauthorized persons."); *Network Appliance, Inc. v. Sun Microsystems Inc.*, No. C-07-06053, 2010 U.S. Dist. LEXIS 21721, at *7-12 (N.D. Cal. Mar. 10, 2010) (sealing confidential and proprietary technical information); Fed. R. Civ. P. 26(c)(1)(G)-(H) (permitting under-seal filings for "trade secrets or other confidential research, development, or commercial information").

   For the foregoing reasons, Apple respectfully requests that the Court grant the Motion to Seal and issue an Order permitting the filing of the Sproul Declaration under seal. Taction has indicated that it does not oppose this motion.

Dated:  June 16, 2022         FISH & RICHARDSON P.C.

               By: */s/ Seth M. Sproul*
                  Christopher S. Marchese (SBN 170239)
                  marchese@fr.com
                  Seth M. Sproul (SBN 217711)
                  sproul@fr.com
                  FISH & RICHARDSON P.C.
                  12860 El Camino Real, Suite 400
                  San Diego, CA 92130
                  Tel: 858-678-5070 / Fax: 858-678-5099

                  Joy B. Kete *(pro hac vice)*
                  kete@fr.com
                  FISH & RICHARDSON P.C.
                  One Marina Park
                  Boston, MA 02210
                  Tel: 617-542-5070 / Fax: 617-542-8906

                  Jacqueline Tio *(pro hac vice)*
                  tio@fr.com
                  Eda Stark *(pro hac vice)*
                  stark@fr.com
                  FISH & RICHARDSON P.C.
                  1180 Peachtree Street, N.E., 21st Floor
                  Atlanta, GA 30309
                  Tel: 404-892-5005/Fax 404-892-5005

               *Counsel for Defendant Apple Inc.*