1  Christopher S. Marchese (SBN 170239)
   marchese@fr.com
2  Seth M. Sproul (SBN 217711)
   sproul@fr.com
3  FISH & RICHARDSON P.C.
   12860 El Camino Real, Suite 400
4  San Diego, CA 92130
5  Tel: 858 678-5070 /Fax: 858 -678 5099

6  Joy B. Kete *(pro hac vice)*
   kete@fr.com
7  FISH & RICHARDSON P.C.
   One Marina Park
8  Boston, MA 02210
9  Tel: 617-542-5070 / Fax: 617-542-8906

10 Jacqueline Tio (*pro hac vice*)
   tio@fr.com
11 Eda Stark (*pro hac vice*)
   stark@fr.com
12 FISH & RICHARDSON P.C.
   1180 Peachtree Street, N.E., 21st Floor
13 Atlanta, GA 30309
   Tel: 404-892-5005/Fax 404-892-5005
14
15 Attorneys for Defendant Apple Inc.
16
                    IN THE UNITED STATES DISTRICT COURT
17
                      SOUTHERN DISTRICT OF CALIFORNIA
18

19 | TACTION TECHNOLOGY, INC., | Case No. 3:21-cv-00812-TWR-JLB |
20 |            Plaintiff, | |
21 |    v. | **DECLARATION OF SETH M. SPROUL IN SUPPORT OF APPLE INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
22 | APPLE INC. | |
23 |            Defendant. | |
24 | | District Judge: Hon. Todd W. Robinson |
25 | | Magistrate Judge: Jill L. Burkhardt |
26
27
28

Case No. 3:21-cv-00812-TWR-JLB

I, Seth M. Sproul, hereby declare:

1. I am an attorney in the law firm of Fish & Richardson P.C., counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned matter. I am a member of the Bar of the State of California and am admitted to practice in this Court. I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Apple's Motion to File Documents Under Seal.

2. Apple seeks to file under seal the entirety of the DECLARATION OF SETH M. SPROUL IN RESPONSE TO COURT'S ORDER RE SOURCE CODE IN ECF NO. 85 ("Sproul Declaration"). This declaration was prepared in response to the Court's order at ECF No. 85, requiring Apple to affirm its production of certain source code in response to Taction's Motion to Compel (ECF No. 45).

3. The Protective Order entered in this case defines source code:

> "Source Code" means computer code, scripts, assembly, binaries, object code, source code listings (e.g., file names and path structure), descriptions of source code (e.g., descriptions of declarations, functions, and parameters), object code listings and descriptions of object code, Hardware Description Language (HDL) or Register Transfer Level (RTL) files that describe the hardware design of any ASIC or other chip, and Computer Aided Design (CAD) files that describe the hardware design of any component.

(Protective Order Regarding the Disclosure and Use of Discovery Materials, ECF No. 36-1 Sec. 2.(h).)

4. Apple has designated the Sproul Declaration as CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY - SOURCE CODE pursuant to the Protective Order. The Sproul Declaration contains an identification and description of Apple's highly confidential source code relating to haptics effects in Apple products accused of infringement in this litigation. Apple maintains its source code as highly confidential business information and restricts access to its source code.

Apple derives significant commercial benefit from maintaining its source code as confidential. The Sproul Declaration also includes a description of the analysis undertaken by counsel for Apple to comply with the Court's Order ECF. No. 85.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of June in San Diego, California.

Dated: June 16, 2022    FISH & RICHARDSON P.C.

By: */s/ Seth M. Sproul*
Seth M. Sproul