Christopher S. Marchese (SBN 170239)
marchese@fr.com
Seth M. Sproul (SBN 217711)
sproul@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: 858 678-5070 /Fax: 858 -678 5099

Joy B. Kete (*pro hac vice*)
kete@fr.com
FISH & RICHARDSON P.C.
One Marina Park
Boston, MA 02210
Tel: 617-542-5070 / Fax: 617-542-8906

Jacqueline Tio (*pro hac vice*)
tio@fr.com
Eda Stark (*pro hac vice*)
stark@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
Tel: 404-892-5005/Fax 404-892-5005

Attorneys for Defendant Apple Inc.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC., <br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br> Defendant. | Case No. 3:21-cv-00812-TWR-JLB <br><br> **DECLARATION OF SETH M. SPROUL IN SUPPORT OF APPLE INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> District Judge: Hon. Todd W. Robinson <br> Magistrate Judge: Jill L. Burkhardt |

I, Seth M. Sproul, hereby declare:

1. I am an attorney in the law firm of Fish & Richardson P.C., counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned matter. I am a member of the Bar of the State of California and am admitted to practice in this Court. I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Apple's Motion to File Documents Under Seal.

2. Apple seeks to file under seal the entirety of the CORRECTED DECLARATION OF SETH M. SPROUL IN RESPONSE TO COURT'S ORDER RE SOURCE CODE IN ECF NO. 85 ("Sproul Declaration"). This declaration was prepared in response to the Court's order at ECF No. 85, requiring Apple to affirm its production of certain source code in response to Taction's Motion to Compel (ECF No. 45).

3. The Protective Order entered in this case defines source code:

> "Source Code" means computer code, scripts, assembly, binaries, object code, source code listings (e.g., file names and path structure), descriptions of source code (e.g., descriptions of declarations, functions, and parameters), object code listings and descriptions of object code, Hardware Description Language (HDL) or Register Transfer Level (RTL) files that describe the hardware design of any ASIC or other chip, and Computer Aided Design (CAD) files that describe the hardware design of any component.

(Protective Order Regarding the Disclosure and Use of Discovery Materials, ECF No. 36-1 Sec. 2.(h).)

4. Apple has designated portions of the Sproul Declaration as CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY - SOURCE CODE pursuant to the Protective Order. Portions of the Sproul Declaration contain an identification and description of Apple's highly confidential source code relating to haptics effects in Apple products accused of infringement in this litigation. Certain

of the source code discussed in the Sproul Declaration is available or discussed in publicly available locations online.  For source code publicly hosted by Apple, Apple does not consider that code to be confidential.  For the source code available on third-party websites such as Github, by third-party users, such code remains Apple confidential.  Apple has thus redacted reference to code hosted on Github.  Based on a reasonable search, the source code that is designated as confidential is not publicly available.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed this 22nd day of June in San Diego, California.

Dated:  June 22, 2022      FISH & RICHARDSON P.C.

            By: */s/ Seth M. Sproul*
              Seth M. Sproul