UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC.,<br><br>                              Plaintiff,<br>v.<br>APPLE INC.,<br>                            Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 21-cv-00812-TWR-JLB<br><br>**ORDER GRANTING DEFENDANT'S RENEWED MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[ECF No. 104]** |

      Presently before the Court is Defendant's renewed motion to file under seal its declaration regarding its production of source code pertaining to the Court's February 22, 2022 Order. (ECF Nos. 85; 104.) Defendant represents that Plaintiff does not oppose its motion. (ECF No. 104 at 3.) Good cause appearing, the Court **GRANTS** Defendant's motion (ECF No. 104) and **DIRECTS** the Clerk of Court to file Defendant's unredacted declaration (ECF No. 105) <u>**UNDER SEAL**</u>.

      **IT IS SO ORDERED**.

Dated: June 22, 2022

                                                                                 Hon. Jill L. Burkhardt
                                                                                 United States Magistrate Judge