SINGER CASHMAN LLP
  Benjamin L. Singer (Bar No. 264295)
  bsinger@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: (415) 500-6080
Facsimile: (415) 500-6080

*Attorney for Non-Parties Kenosha Investments LP and Gronostaj Investments LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| TACTION TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 3:21-CV-00812-TWR-JLB <br><br> **DECLARATION OF BENJAMIN L. SINGER IN SUPPORT OF NON-PARTIES KENOSHA INVESTMENTS LP AND GRONOSTAJ INVESTMENTS LLC'S JOINT MOTION TO QUASH DEFENDANT'S SUBPOENAS** <br><br> District Judge: Hon. Todd W. Robinson <br> Magistrate Judge: Hon. Jill L. Burkhardt |

I, Benjamin L. Singer, hereby state and declare as follows:

1. I am a partner at the law firm Singer Cashman LLP ("Singer Cashman" or the 'Firm"), counsel of record for non-parties Kenosha Investments LP ("Kenosha") and Gronostaj Investments LLC ("Gronostaj") in the above-captioned action. I submit this Declaration in support of Kenosha and Gronostaj's Joint Motion to Quash Defendant's Subpoenas to Testify at a Deposition in a Civil Action (the "Motion"). The statements in this Declaration are based on my own personal knowledge, and if called to testify as to the truth of the matters declared herein, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Apple's Subpoena to Testify at a Deposition in a Civil Action to Kenosha with exhibits A and B.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Apple's Subpoena to Testify at a Deposition in a Civil Action to Gronostaj with exhibits A and B.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on November 21, 2022.

_____
Benjamin L. Singer