SINGER CASHMAN LLP
  Benjamin L. Singer (Bar No. 264295)
  bsinger@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 500-6080
Facsimile:    (415) 500-6080

*Attorney for Non-Parties Kenosha Investments LP and Gronostaj Investments LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| TACTION TECHNOLOGY, INC., <br><br>  Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br>  Defendant. | CASE NO. 3:21-CV-00812-TWR-JLB <br><br> **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Singer Cashman LLP, 505 Montgomery Street, Suite 1100, San Francisco, CA 94111, and my email address is mvaldivias@singercashman.com.

I served true and correct copies of the following document(s):

- **NON-PARTIES KENOSHA INVESTMENTS LP AND GRONOSTAJ INVESTMENTS LLC'S JOINT MOTION TO FILE DOCUMENT UNDER SEAL,**

- **DECLARATION OF BENJAMIN L. SINGER IN SUPPORT OF NON-PARTIES KENOSHA INVESTMENTS LP AND GRONOSTAJ INVESTMENTS LLC'S JOINT MOTION TO FILE DOCUMENTS UNDER SEAL,**

- **SEALED VERSION OF NON-PARTIES KENOSHA INVESTMENTS LP AND GRONOSTAJ INVESTMENTS LLC'S JOINT MOTION TO QUASH DEFENDANT'S SUBPOENAS,**

on the parties in this action as follows:

| | |
|---|---|
| Sean Pak<br>seanpak@quinnemanuel.com<br>Jonathan S. Tse<br>jonathantse@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California St., Floor 22<br>San Francisco, CA 94111 | Landon Andrew Smith<br>landonsmith@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>600 West 6th Street<br>Suite 2010<br>Austin, TX 78701 |
| Scott L. Cole<br>scottcole@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>300 West 6th Street<br>Austin, TX 78701 | Thomas D. Pease<br>thomaspease@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010 |
| Gavin Kenneth Snyder<br>gavinsnyder@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan LLP<br>1109 First Avenue<br>Suite 210<br>Seattle, WA 98101 | |

*Counsel for Plaintiff Taction Technology, Inc.*

| | |
|---|---|
| Christopher Scott Marchese<br>marchese@fr.com<br>John W Thornburgh<br>thornburgh@fr.com<br>Ryan O'Connor<br>oconnor@fr.com | Eda Stark<br>stark@fr.com<br>Jacqueline Tio<br>tio@fr.com<br>Fish & Richardson P.C.<br>1180 Peachtree Street Northeast |

- 1 -
PROOF OF SERVICE
CASE NO.: 3:21-CV-00812-TWR-JLB

|   |   |   |
|---|---|---|
| 1 | Seth Sproul<br>Sproul@fr.com<br>Fish & Richardson<br>12860 El Camino Real<br>Suite 400<br>San Diego, CA 92130 | 21st Floor<br>Atlanta, GA 30309 |

Seth Sproul
Sproul@fr.com
Fish & Richardson
12860 El Camino Real
Suite 400
San Diego, CA 92130

21st Floor
Atlanta, GA 30309

Joy Kete
kete@fr.com
Fish & Richardson
One Marina Park Drive
Boston, MA 02210

Laura Elizabeth Powell
powell@fr.com
Fish & Richardson PC
1000 Maine Avenue SW
Suite 1000
Washington, DC 20024

Bethany Marvin Stevens
bstevens@wscylaw.com
Hannah Lynn Cannom
hcannom@wscllp.com
Walker Stevens Cannom Yang LLP
500 Molino Street #118
Los Angeles, CA 90013

*Counsel for Defendant Apple Inc.*

by causing the document(s) listed above to be electronically mailed to the persons at the electronic mail addresses set forth above on November 21, 2022.

By causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) as the address(es) set forth above on November 22, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **November 22, 2022**, at San Francisco, California.

_____
Monica Valdivias