UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 21-cv-00812-TWR-JLB<br><br>**ORDER GRANTING MOTIONS TO FILE DOCUMENTS UNDER SEAL**<br><br>**[ECF Nos. 236, 237]** |

　　　Before the Court are two motions to file documents under seal, one by Plaintiff Taction Technology, Inc. ("Plaintiff") and one by Kenosha Investments LP and Gronostaj Investments LLC. (ECF Nos. 236, 237.)  Good cause appearing[1], **IT IS HEREBY ORDERED**:

　　　1.　Both motions (ECF Nos. 236, 237) are **GRANTED**.

---

[1]　A part of what the movants seek to file under seal are privilege logs.  The parties have established good cause to file the privilege logs at issue under seal.  This is not to be construed as a ruling that all privilege logs are *per se* subject to filing under seal.

1

    2. The Clerk of Court is **DIRECTED** to file <u>**UNDER SEAL**</u> the following documents:

       a. Defendant's *Ex Parte* Motion Regarding Discovery Dispute of Taction's Clawed-Back Documents **lodged at ECF No. 181**.

       b. Plaintiff Taction Technology, Inc.'s Response to Apple's *Ex Parte* Motion Regarding Discovery Dispute of Taction's Clawed-Back Documents **lodged at ECF No. 195**.

       c. Defendant Apple Inc.'s Supplemental Brief Regarding Non-Parties Kenosha Investments LP and Gronostaj Investments LLC'S Joint Motion to Quash Defendant's Subpoenas **lodged at ECF No. 198**.

       d. Defendant Apple Inc.'s Motion to Compel Production and Provide Testimony **lodged at ECF No. 208**.

       e. Non-Parties Kenosha Investments LP and Gronostaj Investments LLC's Response to Apple Inc.'s Supplemental Brief Regarding Joint Motion to Quash Defendant's Subpoenas **lodged at ECF No. 211**.

    3. On or before <u>**April 12, 2023**</u>, Plaintiff publicly shall file Exhibits A–E of ECF No. 236 as separate filings.

Dated: April 10, 2023

Hon. Jill L. Burkhardt
United States Magistrate Judge