UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-CV-812 TWR (JLB)<br><br>**ORDER (1) GRANTING IN PART APPLE'S *EX PARTE* MOTION TO SET PAGE LIMITS FOR SUMMARY JUDGMENT AND *DAUBERT* BRIEFING, AND (2) SETTING PRETRIAL AND TRIAL DATES AND DEADLINES**<br><br>(ECF Nos. 174, 277) |

Presently before the Court is Defendant Apple Inc.'s *Ex Parte* Application to Set Page Limits for Summary Judgment and *Daubert* Briefing ("*Ex Parte* Mot.," ECF No. 277), in which Apple "requests sixty (60) pages per side for all summary judgment and *Daubert* briefs," (*see id.* at 1), as well as Plaintiff Taction Technology, Inc.'s Response ("Opp'n," ECF No. 278) opposing Apple's request. The Court **GRANTS IN PART** Apple's *Ex Parte* Motion as follows:

All motions for summary judgment and *Daubert* motions **SHALL BE FILED** <u>on or before May 12, 2023</u>. Each side **SHALL FILE** one consolidated memorandum <u>not to exceed forty-five (45) pages</u> addressing all of their motions for summary judgment and *Daubert* motions.

All oppositions to motions for summary judgment and *Daubert* motions **SHALL BE FILED** on or before June 9, 2023. Each side **SHALL FILE** one consolidated opposition memorandum not to exceed forty-five (45) pages.

All optional replies, if any, **MAY BE FILED** on or before June 23, 2023. Each side **MAY FILE** one consolidated reply memorandum not to exceed fifteen (15) pages.

The Court **VACATES** the Final Pretrial Conference currently scheduled for July 13, 2023, and instead **SETS** a hearing on the anticipated motions for summary judgment for July 13, 2023, at 1:30 p.m. in Courtroom 3A. The Court also **SETS** a consolidated Final Pretrial Conference and hearing on the Parties' anticipated *Daubert* motions for August 17, 2023, at 1:30 p.m. in Courtroom 3A.

Accordingly, the Court **SETS** the following pretrial and trial dates and deadlines:

| Event | Deadline |
|---|---|
| Deadline to file consolidated motions for summary judgment and *Daubert* motions. | **May 12, 2023** |
| Deadline to file consolidated oppositions to motions for summary judgment and *Daubert* motions. | **June 9, 2023** |
| Deadline to file consolidated replies in support of motions for summary judgment and *Daubert* motions. | **June 23, 2023** |
| Hearing on motions for summary judgment. | **July 13, 2023** |
| Deadline to:<br>1. File Memoranda of Contentions of Fact and Law and to take any other action required by Civil Local Rule 16.1(f)(2), and<br>2. Comply with pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3). | **July 20, 2023** |
| Deadline for counsel to meet and take action as required by Civil Local Rule 16.1(f)(4). | **July 27, 2023** |

| | |
|---|---|
| Deadline for Plaintiff's counsel to provide Defendant's counsel with the proposed pretrial order for review and approval. | **August 3, 2023** |
| Deadline to lodge with the Court the Proposed Final Pretrial Conference Order, including objections to any other party's Rule 26(a)(3) Pretrial Disclosures. | **August 10, 2023** |
| Final Pretrial Conference and hearing on *Daubert* motions. | **August 17, 2023 at 1:30 p.m. in Courtroom 3A** |
| Deadline to file a list of any witnesses who will appear by deposition and attach and designate or mark all portions of the deposition testimony which will be offered at trial. | **August 24, 2023** |
| Deadline to file motions *in limine*. | **August 31, 2023** |
| Deadline to file:<br>1.  Proposed jury instructions,[1]<br>2.  Verdict forms,[2]<br>3.  Objections to deposition designations and/or counter-designations, | **September 7, 2023** |

---

[1] The Parties shall serve their proposed jury instructions on each other with sufficient time to meet, confer, and jointly file a complete set of agreed-upon instructions on or before September 7, 2023.  If the Parties cannot agree upon one complete set of instructions, they shall file both a set of the agreed-upon instructions and a supplemental set of instructions that are not agreed upon on or before September 7, 2023.  The agreed-upon instructions and any supplemental instructions not agreed upon shall state the number of the proposed instruction, the instruction itself, and any authority supporting the instruction.  If any instructions are pattern instructions, the instruction shall cite the source of the instruction.  The Parties shall clearly indicate any modifications of instructions from statutory authority, Ninth Circuit pattern instructions, or CACI pattern instructions and shall include any authority supporting the modification.  If the Parties file a supplemental set of instructions not agreed upon, the Party opposing the not-agreed-upon instructions shall file its objections to the instructions in writing on or before September 7, 2023.  Any objection shall contain a concise statement of argument concerning the objection, including citations to authority.  On or before September 7, 2023, the Parties shall email the agreed-upon instructions and any supplemental instructions not agreed upon in Word format to efile_robinson@casd.uscourts.gov.

[2] The Parties shall jointly file a proposed verdict form on or before September 7, 2023.  If the Parties cannot agree on a joint proposed verdict form, each Party shall file a separate verdict form along with written objections to the other Party's proposed verdict form on or before September 7, 2023.

| | |
|---|---|
| 4. Proposed *voir dire* questions,<br>5. Trial briefs summarizing the Parties' theories of the case and what they expect the evidence to show,<br>6. Brief and concise joint statement of the case to be read to the jury at the outset of trial, and<br>7. All stipulations and agreements.³ | |
| Deadline to file oppositions to motions *in limine*. | **September 14, 2023** |
| Deadline to:<br>1. Provide exhibits to the Court,⁴ and<br>2. To exchange demonstrative exhibits.⁵ | **September 21, 2023** |
| Hearing on motions *in limine*, jury instructions, and verdict form. | **September 28, 2023 at 1:30 p.m. in Courtroom 3A** |
| Jury Trial. | **October 16, 2023 at 9:00 a.m. in Courtroom 3A** |

---

³ Stipulations and agreements must be reduced to writing so they can be read into the record. All facts which are not contested must be listed in a form suitable to read to the jury.

⁴ On or before September 21, 2023, the Parties shall provide the Court with two copies of each exhibit, with each set of exhibits in a separate binder with tabs. So long as they are received no later than September 21, 2023, these exhibit binders may be mailed or hand-delivered to the Hon. Todd W. Robinson, c/o Clerk of the Court, 333 W. Broadway, Suite 420, San Diego, CA 92101. The Parties shall maintain the original exhibits.

On the first day of trial, each party shall provide the Courtroom Deputy with two copies of its witness and exhibit lists in the form specified in Civil Local Rule 16.1(f)(2)(c) and (d). Counsel should waive authentication evidence of documents where authentication is not an issue. Voluminous documents or exhibits must be culled of unnecessary pages so that only relevant pages, or pages supplying context to the relevant pages, are admitted. Counsel should use summaries or charts to prove the content of voluminous documents, writings, or recordings that cannot be conveniently examined in court. *See* Fed. R. Evid. 1006.

⁵ On or before September 21, 2023, the Parties shall exchange any demonstrative exhibits that will be used during opening statements or during the testimony of any expert witness. Any objections to the demonstrative exhibits must be raised at the hearing on motions *in limine*, jury instructions, and verdict form scheduled for September 28, 2023.

*Any requests for modification of these dates and deadlines must be supported by a showing of good cause.*

**IT IS SO ORDERED.**

Dated: May 3, 2023

_____
Honorable Todd W. Robinson
United States District Judge