UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC.,<br><br>                            Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                            Defendant. | Case No.: 21-CV-812 TWR (JLB)<br><br>**ORDER GRANTING DEFENDANT APPLE INC.'S MOTIONS FOR WITHDRAWAL OF LAURA E. POWELL AND EDA STARK AS COUNSEL**<br><br>(ECF Nos. 316, 317) |

      Presently before the Court are Defendant Apple Inc.'s Motions for Withdrawal of Laura E. Powell (ECF No. 316) and Eda Stark (ECF No. 317) (together, the "Motions"), who have departed from Richardson P.C., with Apple to continue to be represented by remaining counsel of record including Roger A. Denning, Christopher S. Marchese, Seth M. Sproul, John W. Thornburgh, Ryan P. O'Connor, Daniela Glaser, Joy B. Kete, Qiuyi Wu and Jacqueline Tio. Good cause appearing, the Court **GRANTS** the Motions.

/ / /

/ / /

/ / /

/ / /

/ / /

1  Accordingly, the Clerk of the Court **SHALL UPDATE** the docket to reflect the withdrawal
2  of Ms. Powell and Ms. Stark as counsel for Defendant Apple.
3       **IT IS SO ORDERED.**
4  Dated:  June 15, 2023

                                                    Honorable Todd W. Robinson
                                                    United States District Judge