UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC.,<br><br>                                Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                                Defendant. | Case No.: 21-CV-812 TWR (JLB)<br><br>**ORDER GRANTING PLAINTIFF TACTION TECHNOLOGY, INC.'S UNOPPOSED MOTIONS TO FILE PORTIONS OF ITS SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF UNDER SEAL**<br><br>(ECF Nos. 354, 355) |

Presently before the Court is the Unopposed Motion to File Portions of Its Supplemental Claim Construction Brief Under Seal ("Mot. to Seal," ECF No. 354) filed by Plaintiff Taction Technology, Inc. ("Taction"),[1] in which Taction contends that "[c]ompelling reasons exist to file" under seal three instances of a single, three-word phrase that "relates to Apple['s] confidential information about the operation of the accused products that would harm Apple's competitive standing if made publicly available." (*See id.* at 2; *also compare* ECF No. 355 (proposed sealed document), *with* ECF No. 356

---

[1] The Court recognizes that there are two additional motions to seal pending before the Court that were filed by Defendant Apple Inc. (ECF No. 351) and Taction (ECF No. 357).  Because those documents are not at issue for the summary judgment hearing scheduled for July 27, 2023, the Court **DEFERS RULING ON** them at this time.

(publicly filed document).)  Upon a close review of the proposed redactions, the Court concludes that Taction has demonstrated compelling reasons to file under seal those limited portions of its Supplemental Claim Construction Brief that have been lodged under seal. *See, e.g.*, *Orthopaedic Hosp. v. Encore Med., L.P.*, No. 19-CV-970 JLS (AHG), 2021 WL 1966121, at *2 (S.D. Cal. Apr. 12, 2021).  The Court therefore **GRANTS** Taction's Motion to Seal (ECF No. 354), and the Clerk of Court **SHALL FILE UNDER SEAL** the document previously lodged under seal at ECF No. 355.

**IT IS SO ORDERED.**

Dated:  July 31, 2023

_____
Honorable Todd W. Robinson
United States District Judge