UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No.: 21-CV-812 TWR (JLB)<br><br>**ORDER GRANTING DEFENDANT APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL**<br><br>(ECF Nos. 387, 388) |

      Presently before the Court is Defendant Apple Inc.'s Unopposed Motion to File Under Seal Portions of Apple's Memorandum of Points and Authorities in Support of Apple's Motion for Attorney's Fees and Exhibits 1–2 ("Mot. to Seal," ECF No. 387), in which Apple contends that "[c]ompelling reasons exist" to file under seal "Apple's Memorandum and accompanying Exhibits 1–2[,] . . . [which] ha[ve] been designated as Confidential – Attorneys' Eyes Only and contain[] Apple's sensitive confidential business and technical information." (*See id.* at 1.)  Specifically, Apple seeks to file under seal a single phrase repeated in Exhibit 1, which consists of excerpts from the April 20, 2023 deposition of James H. Oliver, Ph.D., (*see* ECF No. 388-1), and another single phrase appearing in Exhibit 2, which consists of excerpts from the Court's July 27, 2023 hearing on Apple's motion for summary judgment.  (*See* ECF No. 388-2.)  Apple also contends that its "proposed redactions are consistent with the redactions proposed in parties' prior

motions for leave to file under seal that the Court has granted." (*See* Mot. to Seal at 1 (citing ECF Nos. 314, 332).)

Upon a close review of the limited proposed redactions, the Court concludes that Apple has demonstrated compelling reasons to file under seal those limited portions of Exhibits 1 and 2 and its Memorandum that have been lodged under seal. *See, e.g.*, *Mezzadri v. Med. Depot, Inc.*, No. 14-cv-2330, 2015 WL 12564223, at *2 (S.D. Cal. Dec. 18, 2015). The Court therefore **GRANTS** Apple's Motion to Seal (ECF No. 387), and the Clerk of Court **SHALL FILE UNDER SEAL** the documents previously lodged under seal at ECF No. 388.

**IT IS SO ORDERED.**

Dated: August 31, 2023

                                                                         Honorable Todd W. Robinson
United States District Judge