Sean Pak (SBN 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6320
Facsimile: (415) 875-6700

Scott Cole (*pro hac vice*)
scottcole@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
201 W 5th St. Fl. 11
Austin, TX 78701
Telephone: (713) 221-7040
Facsimile: (713) 667-6110

*Attorneys for Plaintiff
Taction Technology, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TACTION TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant | Case No. 21-cv-00812-TWR-JLB <br><br> ─────────────── <br><br> **DECLARATION OF SCOTT COLE IN SUPPORT OF TACTION'S MOTION TO SEAL** <br><br> Judge: Hon. Todd W. Robinson <br><br> Magistrate Judge: Hon Jill L. Burkhardt |

COLE DECLARATION ISO TACTION'S MOTION TO SEAL

I, Scott Cole, declare as follows:

1. I am an attorney with the law firm Quinn Emanuel Urquhart & Sullivan, LLP and counsel for Plaintiff Taction Technology, Inc. ("Taction") in this case. I am a member of the State Bar of Texas. I have personal knowledge of the facts contained in this declaration and, if called upon to do so, I could and would testify competently to the matters stated herein. I submit this declaration in support of Taction's Motion to Seal.

2. With respect to Dr. Oliver's report, Apple's counsel represented to Taction that "[t]he requested redactions relate to sensitive technical, business, and trade secret information concerning the design, function, operation, and development of Apple's accused products that Apple maintains as highly confidential in the ordinary course of business."

3. The redacted portions of Taction's opposition to Apple's motion for attorneys' fees contain discussion of the above materials and contain discussion of materials that the parties previously sought to file under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of September, 2023 in Austin, Texas.

By   /s/ Scott Cole
         Scott Cole

COLE DECLARATION ISO TACTION'S MOTION TO SEAL