UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: 21-CV-812 TWR (JLB)<br><br>**ORDER GRANTING PLAINTIFF TACTION TECHNOLOGY, INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL**<br><br>(ECF Nos. 397, 398) |

Presently before the Court is Plaintiff Taction Technology, Inc.'s Unopposed Motion to File Portions of Its Opposition to Apple's Motion for Attorneys' Fees Under Seal ("Mot. to Seal," ECF No. 397), in which Apple contends that "compelling reasons" exist to file under seal portions of Taction's Opposition to Apple's Motion for Attorneys' Fees and portions of Exhibit 2 thereto, which consists of excerpts from Dr. James H. Oliver's Corrected Expert Report. (*See id.* at 1–2.) Specifically, Taction seeks to file under seal those portions of its opposition that "cite[] to and discuss[] materials the parties previously sought to file under seal," (*see id.* at 2; *see also* ECF No. 397-1 ("Cole Decl.") ¶ 3), as well as those portions of Exhibit 2 that "contain Apple's confidential technology and product development." (*See* Mot. to Seal at 3; *see also* Cole Decl. ¶ 2.)

Upon a close review of the limited proposed redactions, the Court concludes that Taction has demonstrated compelling reasons to file under seal those limited portions of

1  Exhibit 2 and its Opposition that have been lodged under seal.  *See, e.g.*, *Orthopaedic Hosp.
2  v. Encore Med., L.P.*, No. 19-CV-970 JLS (AHG), 2021 WL 1966121, at *2 (S.D. Cal.
3  Apr. 12, 2021).  The Court therefore **GRANTS** Taction's Motion to Seal (ECF No. 397),
4  and the Clerk of Court **SHALL FILE UNDER SEAL** the documents previously lodged
5  under seal at ECF No. 398.

6      **IT IS SO ORDERED.**

7  Dated:  September 26, 2023

                                                Honorable Todd W. Robinson
                                                United States District Judge