# United States Court of Appeals for the Federal Circuit

---

**TACTION TECHNOLOGY, INC.,**
*Plaintiff-Appellant*

**v.**

**APPLE INC.,**
*Defendant-Appellee*

---

2023-2349

---

Appeal from the United States District Court for the Southern District of California in No. 3:21-cv-00812-TWR-JLB, Judge Todd W. Robinson.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 13, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellant Taction Technology, Inc. in the amount of $724.44 and taxed against the appellee.

FOR THE COURT

September 19, 2025
Date

Jarrett B. Perlow
Clerk of Court