Sean Pak (SBN 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6320
Facsimile: (415) 875-6700

*Attorney for Plaintiff Taction Technology, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

TACTION TECHNOLOGY, INC.,

Plaintiff,

vs.

APPLE INC.,

Defendant

Case No. 21-cv-00812-TWR-JLB

**PLAINTIFF TACTION'S MOTION FOR WITHDRAWAL OF SCOTT COLE, GAVIN SNYDER, AND MOLLY MOORE**

Judge: Hon. Todd W. Robinson

Magistrate Judge: Hon Jill L. Burkhardt

Pursuant to Local Rule 83.3(f), Plaintiff Taction Technology, Inc. ("Taction") hereby moves for an order withdrawing Scott Cole, Gavin Snyder, and Molly Moore as counsel of record for Taction.

Scott Cole, Gavin Snyder, and Molly Moore have departed from practice with, and are no longer associated with, the law firm Quinn Emanuel Urquhart & Sullivan, LLP. Declaration of Landon Smith filed with this motion ("Smith Decl.") ¶ 3.

Taction will continue to be represented by, among others, the following counsel of record: Sean Pak, John Bash, Lance Yang, Jonathan Tse, and Landon Smith of Quinn Emanuel Urquhart & Sullivan, LLP. Smith Decl. ¶ 4.

True and correct copies of this motion and the Smith Decl. are being concurrently served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4, and are also being served on Taction itself pursuant to Local Rule 83.3(f)(3)(a). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery. Smith Decl. ¶ 5.

Dated: February 5, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Sean Pak*

Sean Pak (SBN 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6320
Facsimile: (415) 875-6700

*Counsel for Plaintiff Taction Technology, Inc.*