Sean Pak (SBN 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6320
Facsimile: (415) 875-6700

*Attorney for Plaintiff Taction Technology. Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

TACTION TECHNOLOGY, INC.,

Plaintiff,

vs.

APPLE INC.,

Defendant

Case No. 21-cv-00812-TWR-JLB

**DECLARATION OF LANDON SMITH IN SUPPORT OF TACTION'S MOTION FOR WITHDRAWAL OF SCOTT COLE, GAVIN SNYDER, AND MOLLY MOORE**

Judge: Hon. Todd W. Robinson

Magistrate Judge: Hon Jill L. Burkhardt

I, Landon Smith, declare as follows:

1. I am an attorney with the law firm Quinn Emanuel Urquhart & Sullivan, LLP and counsel for Plaintiff Taction Technology, Inc. ("Taction") in this case. I am a member of the State Bar of Texas. I have personal knowledge of the facts contained in this declaration and, if called upon to do so, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Plaintiff Taction's Motion for Withdrawal of Scott Cole, Gavin Snyder, and Molly Moore as Counsel.

3. Scott Cole, Gavin Snyder, and Molly Moore departed from practice with, and are no longer associated with, the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.

4. Taction will continue to be represented by, among others, the following counsel of record: Sean Pak, John Bash, Lance Yang, Jonathan Tse, and Landon Smith of Quinn Emanuel Urquhart & Sullivan, LLP.

5. On February 5, 2026, 1 caused true and correct copies of this declaration and Plaintiff Taction's Unopposed Motion for Withdrawal of Scott Cole, Gavin Snyder, and Molly Moore as Counsel to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECE system per Civil Local Rule 5.4, and also served on Taction itself pursuant to Local Rule 83.3(f)(3)(a). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of February in Austin, Texas.

By *<u>/s/ Landon Smith</u>*______________________
Landon Smith