Sean Pak (SBN 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6320

Tigran Guledjian (SBN 207613)
tigranguledjian@quinnemanuel.com
Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000

*Attorneys for Plaintiff Taction Technology, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

TACTION TECHNOLOGY, INC.,

Plaintiff,

vs.

APPLE INC.,

Defendant

Case No. 21-cv-00812-TWR-JLB

**DECLARATION OF DR. JAMES BIGGS IN SUPPORT OF PLAINTIFF TACTION'S OPPOSITION TO APPLE'S TRIAL BRIEF RE CLAWBACK DOCUMENT**

Judge: Hon. Todd W. Robinson

Magistrate Judge: Hon Jill L. Burkhardt

I, Dr. James Biggs, declare as follows:

1. I am the Chief Technology Officer for Taction Technology, Inc. I have personal knowledge of the facts contained in this declaration and if called upon to do so, I could and would testify competently to the matters stated herein.

2. DTX-3529 is a document that I used to record testing data of the accused products on or around August 13, 2019 and reflects the work I performed for seeking legal representation and advice in anticipation of litigation. Prior to recording testing data of the accused products, I used an earlier version of the same document to record testing data for an unrelated product on or around June 20, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2026 in San Diego, California.

By *_/s/ Silmon James Biggs_*
Dr. Silmon James Biggs