# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: 21-cv-00812-TWR-JLB | |
| TITLE: Taction Technology, Inc. v. Apple Inc. | |
| FILED DATE: 9/13-14/2026 | DOCUMENT NOS.: 629-636 |
| DOCUMENT TITLE: Documents | |
| DOCUMENT FILED BY: Taction Technology, Inc., Apple Inc. | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

OTHER: Documents not timely. As ordered by the Court, the Parties must obtain leave prior to filing any additional trial briefs, objections, or the like throughout trial. Any documents filed absent leave will be stricken.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: [ ] |
| ☒ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents will be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: September 14, 2026 CHAMBERS OF: The Honorable Todd W. Robinson

cc: All Parties By: /SBM/