FILED
SEP 25 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC., Plaintiff, v. APPLE INC., Defendant. | Case No.: 21-CV-000812 TWR **VERDICT** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout this Verdict Form and the final jury instructions.

## ISSUE NO. 1 - INFRINGEMENT

Has Taction proven by a preponderance of the evidence that Apple has infringed any of the following asserted claims?

**Answer "Yes" or "No" for each claim. A "Yes" is a finding for Taction. A "No" is a finding for Apple.**

1. U.S. Pat. No. 10,659,885 ("the '885 patent")

Claim 17: **YES** ✓ **NO**______

Claim 19: **YES** ✓ **NO**______

2. U.S. Pat. No. 10,820,117 ("the '117 patent")

Claim 16: **YES** ✓ **NO**______

**If you answered "Yes" to one or more of the above, please proceed to next page.**

**If you answered "No" to all of the above, the only other issue you must resolve is Issue No. 3. Once you have resolved Issue No. 3 please proceed to the last page of this Verdict Form.**

**ISSUE NO. 2 - WILLFULNESS**

Has Taction proven by a preponderance of the evidence that Apple willfully infringed the asserted claims?

**Answer "Yes" or "No" for each patent. A "Yes" is a finding for Taction. A "No" is a finding for Apple.**

1. The '885 patent:

**YES** ______ **NO** ✓

2. The '117 patent:

**YES** ______ **NO** ✓

**Please proceed to the next page.**

**ISSUE NO. 3 - INVALIDITY**

Has Apple proven by clear and convincing evidence that the following asserted claims are invalid?

**Answer "Yes" or "No" for each claim. A "Yes" is a finding for Apple. A "No" is a finding for Taction.**

1. The '885 patent:

Claim 17: **YES** ______ **NO** ✓

Claim 19: **YES** ______ **NO** ✓

2. The '117 patent:

Claim 16: **YES** ______ **NO** ✓

**If you answered "No" for any of the claims for which you previously answered "Yes" when resolving Issue No. 1, please proceed to the next page and resolve Issue No. 4.**

**If you answered "Yes" for <u>all</u> of the claims for which you previously answered "Yes" when resolving Issue No. 1, please proceed to the last page of this Verdict Form. You do not need to resolve Issue No. 4.**

**As a reminder, if you answered "No" to all of the claims when resolving Issue No. 1, please proceed to the last page of this Verdict Form after resolving Issue No. 3. You do not need to resolve Issue No. 2 or Issue No. 4.**

## ISSUE NO. 4 - DAMAGES

What amount of damages do you find Taction has proven by a preponderance of the evidence is adequate to compensate Taction for any infringement by Apple?

Answer in United States Dollars and Cents, if any.

$ 5,721,961,750

**Please proceed to the next page.**

**You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the bailiffs that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.**

DATED: Sept. 25, 2026

[signature] Presiding Juror