MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Taction Technology, Inc. VS Apple Inc.

Case Number: 21CV0812-TWR-JLB WITNESS LIST Jury Trial

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 9/15/2026 | X | | Dr. Silmon James Biggs |
| 9/15/2026 | X | | Dr. James Oliver |
| 9/15/2026 | X | | Art Muir (video deposition) |
| 9/15/2026 | X | | Roger Hitchock (video deposition) |
| 9/15/2026 | X | | John Tishok (video deposition) |
| 9/15/2026 | X | | Dennis Chen (video deposition) |
| 9/15/2026 | X | | Lei Ma (video deposition) |
| 9/15/2026 | X | | Jere Harrison (video deposition) |
| 9/16/2026 | X | | John Steinberg |
| 9/16/2026 | X | | Alex Lee (video deposition) |
| 9/16/2026 | X | | Arman Hajati (video deposition) |
| 9/16/2026 | X | | John Morrell (video deposition) |
| 9/16/2026 | X | | Shingo Yoneoka (video deposition) |
| 9/16/2026 | X | | Hanze Tu (video deposition) |
| 9/16/2026 | X | | Storrs Hoen (video deposition) |
| 9/17/2026 | | X | Alex Lee |
| 9/17/2026 | | X | Charles Slutzky |
| 9/17/2026 | | X | Dr. Yon Visell |
| 9/17/2026 | | X | Francesca Sweet (video deposition) |
| 9/17/2026 | | X | Taniyyus Syed (video deposition) |
| 9/17/2026 | | X | Mark Rollins (video deposition) |
| 9/22/2026 | | X | Dr. Michael Zinn |
| 9/22/2026 | X | | Dr. Allison Okamura |
| 9/22/2026 | X | | Arman Hajati (video deposition) |