Taction Technology v. Apple Inc. - Case No. 21-cv-00812-TWR-JLB

**Admitted Trial Exhibit List**

| Exhibit No. | Description | Date Marked | Date Admitted |
|---|---|---|---|
| DDX-5 | Demonstrative re iPhone 6 Plus Prior Art and Accused Products | 9/22/2026 | 9/22/2026 |
| DDX-6 | Demonstrative re '885 Accused Products | 9/22/2026 | 9/22/2026 |
| PDX5.30 | Marked up Figure 5C from 885 patent | 9/22/2026 | 9/22/2026 |
| PDX5.31 | Annotated Figure 5C from 885 patent | 9/22/2026 | 9/22/2026 |
| PDX5.33 | Annotated Figure 5C from 885 patent | 9/22/2026 | 9/22/2026 |
| PDX5.34 | Annotated Figure 5C from 885 patent | 9/22/2026 | 9/22/2026 |
| 1 | US Patent No. 10,659,885 to Biggs [TACTION000001] | 9/15/2026 | 9/15/2026 |
| 3 | US Patent No. 10,820,117 to Biggs [TACTION000026] | 9/15/2026 | 9/15/2026 |
| 4 | US Patent No. 10,820,117 file wrapper [TACTION002980] (page 629 only) | 9/16/2026 | 9/16/2026 |
| 7 | U.S. Patent No. 10,573,139 to Biggs [APL-TACT_00004704] | 9/15/2026 | 9/15/2026 |
| 10 | U.S. Provisional Patent Application No. 62/054,712 to Biggs [TACTION003748] | 9/15/2026 | 9/15/2026 |
| 11 | U.S. Provisional Patent Application No. 62/101,985 to Biggs [TACTION003808] | 9/15/2026 | 9/15/2026 |
| 93 | Haptics Team Intro [APL-TACT_00003169] | 9/15/2026 | 9/15/2026 |
| 157 | Flexure overview [APL-TACT_00423254] | 9/15/2026 | 9/15/2026 |
| 158 | Magnets Overview [APL-TACT_00423264] | 9/15/2026 | 9/15/2026 |
| 187 | iPhone 11 Pro Reviewer's Guide [APL-TACT_01061870] | 9/17/2026 | 9/17/2026 |
| 214A | Excerpt fr Spreadsheet with iPhone 12 Pro Cost [APL-TACT_01073422] | 9/17/2026 | 9/17/2026 |
| 214B | Excerpt fr Spreadsheet with iPhone 12 Pro Cost [APL-TACT_01073422] | 9/17/2026 | 9/17/2026 |
| 327 | ERS, Apple Product System [APL-TACT_01805699] | 9/15/2026 | 9/15/2026 |
| 330 | iPhone 12 Reviewer's Guide [APL-TACT_01806316] | 9/17/2026 | 9/17/2026 |
| 353 | Email from Hajati to Ma and others re risk of ferrofluid at low temperatures [APL-TACT_02837081] | 9/17/2026 | 9/17/2026 |
| 359 | Haptics Team Intro [APL-TACT_02919459] | 9/15/2026 | 9/15/2026 |
| 381 | ERS, Apple Product System [APL-TACT_03024084] | 9/16/2026 | 9/16/2026 |
| 387 | Commodity Business Review Haptics [APL-TACT_03028023] | 9/15/2026 | 9/15/2026 |
| 390 | 2022 Haptics KO Agenda [APL-TACT_03028207] | 9/17/2026 | 9/17/2026 |
| 396 | Email from Jones to Hotelling and others [APL-TACT_03079746] | 9/17/2026 | 9/17/2026 |
| 417 | Apple ARC Control System | 9/16/2026 | 9/16/2026 |

Taction Technology v. Apple Inc. - Case No. 21-cv-00812-TWR-JLB

**Admitted Trial Exhibit List**

| Exhibit No. | Description | Date Marked | Date Admitted |
|---|---|---|---|
| | [APL-TACT_03226206] | | |
| 440 | Apple iPhone Presentation [APL-TACT_03472463] | 9/17/2026 | 9/17/2026 |
| 475 | Apple Watch Early Buyers Survey [APL-TACT_03676764] | 9/17/2026 | 9/17/2026 |
| 476 | Apple Watch Owner Survey [APL-TACT_03677066] | 9/17/2026 | 9/17/2026 |
| 669 | Second amendment OEM licensing agreement between Taction and Corsair [CORSAIR0001251] | 9/16/2026 | 9/16/2026 |
| 672 | Non-binding letter of intent between Taction and Corsair [CORSAIR0002969] | 9/16/2026 | 9/16/2026 |
| 743 | Transporter 2.3 Compact, High Fidelity Tactor overview [TACTION004735] | 9/15/2026 | 9/15/2026 |
| 755 | Transporter 2.1 Compact, High Fidelity Tactor overview [TACTION004784] | 9/15/2026 | 9/15/2026 |
| 784 | Transporter 2.3 Bill of Materials [TACTION004883] | 9/15/2026 | 9/15/2026 |
| 785 | BOM Guide: Transporter 2.3 [TACTION004884] | 9/16/2026 | 9/16/2026 |
| 961 | OEM license agreement between Taction and Corsair Memory [TACTION019203] | 9/16/2026 | 9/16/2026 |
| 962 | Second amendment OEM licensing agreement between Taction and Corsair [TACTION019222] | 9/16/2026 | 9/16/2026 |
| 1056 | Email from Wang to Biggs re open order list [TACTION072677] | 9/15/2026 | 9/15/2026 |
| 1064 | Agreement between Artificial Muscle and Biggs [TACTION082781] | 9/15/2026 | 9/15/2026 |
| 1073 | Key Points for Discussion with Metcalf [TACTION091127] | 9/15/2026 | 9/15/2026 |
| 1076 | Pre-Incorporation Agreement [TACTION093266] | 9/15/2026 | 9/15/2026 |
| 1261 | Apple introduces iPhone 7 & iPhone 7 Plus, the best, most advanced iPhone ever - https://www.apple.com/newsroom/2016/ 09/apple-introduces-iphone-7-iphone-7-plus [TACTION100126] | 9/17/2026 | 9/17/2026 |
| 1668 | Technical summaries of accused products | 9/15/2026 | 9/15/2026 |
| 1669 | Summary Chart of Apple iPhone and Watch model length and width dimensions and ratios | 9/16/2026 | 9/16/2026 |
| 1670 | Apple iPhone and Watch teardown pictures in Oliver's Corrected Opening Report (¶¶194-307) and Exs. 1518-1541 | 9/15/2026 | 9/15/2026 |
| 1671 | Deposition Video Clip Report of Art Muir | 9/15/2026 | 9/15/2026 |
| 1672 | Deposition Video Clip Report of Roger Hitchcock | 9/15/2026 | 9/15/2026 |
| 1673 | Deposition Video Clip Report of John Tishok | 9/15/2026 | 9/15/2026 |
| 1674 | Deposition Video Clip Report of Denis Chen | 9/15/2026 | 9/15/2026 |
| 1675 | Deposition Video Clip Report of Lei Ma | 9/15/2026 | 9/15/2026 |

Taction Technology v. Apple Inc. - Case No. 21-cv-00812-TWR-JLB

**Admitted Trial Exhibit List**

| Exhibit No. | Description | Date Marked | Date Admitted |
|---|---|---|---|
| 1676 | Deposition Video Clip Report of Jere Harrison | 9/15/2026 | 9/15/2026 |
| 1677 | Deposition Video Clip Report of Alex Lee, Vol 1 | 9/16/2026 | 9/16/2026 |
| 1678 | Deposition Video Clip Report of Alex Lee, Vol 2 | 9/16/2026 | 9/16/2026 |
| 1679 | Deposition Video Clip Report of Arman Hajati | 9/16/2026 | 9/16/2026 |
| 1680 | Deposition Video Clip Report of John Morrell | 9/16/2026 | 9/16/2026 |
| 1681 | Deposition Video Clip Report of Shingo Yoneoka | 9/16/2026 | 9/16/2026 |
| 1682 | Deposition Video Clip Report of Hanze Tu | 9/16/2026 | 9/16/2026 |
| 1683 | Deposition Video Clip Report of Storrs Hoen | 9/16/2026 | 9/16/2026 |
| 1684 | Deposition Video Clip Report of Taniyyus Syed | 9/17/2026 | 9/17/2026 |
| 1685 | Deposition Video Clip Report of Francesca Sweet | 9/17/2026 | 9/17/2026 |
| 1686 | Deposition Video Clip Report of Mark Rollins | 9/17/2026 | 9/17/2026 |
| 1687 | Deposition Video Clip Report of Arman Hajati | 9/22/2026 | 9/22/2026 |
| 2010 | U.S. Patent Application No. 2013/0076652 A1 [APL-TACT_00000992] | 9/17/2027 | 9/17/2026 |
| 2022 | U.S. Patent No. 8,456,042 to Dong et al. [APL-TACT_00001701] | 9/17/2026 | 9/17/2026 |
| 2028 | U.S. Patent No. 10,069,392 B2 to Degner et al. [APL-TACT_00002071] | 9/17/2026 | 9/17/2026 |
| 2030 | U.S. Patent No. 8,633,916 to Bernstein et al. [APL-TACT_00002295] | 9/17/2026 | 9/17/2026 |
| 2034 | U.S. Patent Application No. 2011/0181131 A1 to Pu [APL-TACT_00004907] | 9/17/2026 | 9/17/2026 |
| 2046 | U.S. Patent No. 9,430,921 to Biggs [APL-TACT_00005743] | 9/16/2026 | 9/16/2026 |
| 2047 | U.S. Patent File History No. 10,812,913 (App. No. 15/222,394) | 9/22/2026 | 9/22/2026 |
| 2097 | Press Release - Apple Announces iPhone 6 & iPhone 6 Plus - The Biggest Advancements in iPhone History [APL-TACT_00003421] | 9/17/2026 | 9/172026 |
| 2099 | K. Raj and R. Moskowitz, "Commercial Applications of Ferrofluids, Journal of Magnetism and Magnetic Materials" 85 (1990) 233-245, North-Holland (Raj1990) [APL-TACT_00004473] | 9/22/2026 | 9/22/2026 |
| 2128 | Schematic Drawing for a Vibration Motor [APL-TACT_01156900] | 9/17/2026 | 9/17/2026 |
| 2141 | ERS, Apple Product, System, v3.4 [APL-TACT_01805699] | 9/17/2026 | 9/17/2026 |
| 2168 | Apple ARC Control System Engineering Requirements Specification (ERS, Control System, Arc), v1.2.0 [APL-TACT_03226206] | 9/17/2026 | 9/17/2026 |
| 2206A | Certification and Request for Prioritized Examination Under 37 CFR 1.102(e) [APL-TACT_04957524] | 9/17/2026 | 9/17/2026 |

Taction Technology v. Apple Inc. - Case No. 21-cv-00812-TWR-JLB

**Admitted Trial Exhibit List**

| Exhibit No. | Description | Date Marked | Date Admitted |
|---|---|---|---|
| 2207A | Transmittal for Power of Attorney to One or More Registered Practitioners [APL-TACT_04957706] | 9/17/2026 | 9/17/2026 |
| 2257 | Email from Roger Hitchcock to James Biggs, et al. re Introductions [HITCHCOCK0000090] | 9/15/2026 | 9/15/2026 |
| 2315 | Electromagnetic Inertial Drive Design Notes, by S. James Biggs, Ph.D. [TACTION006230] | 9/15/2026 | 9/15/2026 |
| 2329 | Email from John Steinberg to James Biggs re Introduction [TACTION050436] | 9/16/2026 | 9/16/2026 |
| 2350 | Taction Technology - How to Evaluate Tactile Bass [TACTION079187] | 9/15/2026 | 9/15/2026 |
| 2354 | DJ-R, S2, Compact, High Fidelity 2-Watt Shaker [TACTION093716] | 9/15/2026 | 9/15/2026 |
| 2452 | iPhone PD - 099-2496 Rev. A (ERS, LRA) [AAC_TACTION_0077381] | 9/17/2026 | 9/17/2026 |
| 2453 | Gillyflower EVT Diagrams [AAC_TACTION_0077396] | 9/17/2026 | 9/17/2026 |
| 2457 | Schematic Drawing for a Vibe, Linear #056-6701 Rev. A [AAC_TACTION_0077409] | 9/17/2026 | 9/17/2026 |
| 2471 | Apple Taptic Module Overview [APL-TACT_00002443] | 9/22/2026 | 9/22/2026 |
| 2666 | Email from Eric Bates to Charles Slutzky re [AAC] N56 Vibe Adhesive [APL-TACT_01675069] | 9/17/2026 | 9/17/2026 |
| 2731 | Haptics Org \| Haptics Overview by Hoen Storrs [APL-TACT_02109401] | 9/17/2026 | 9/17/2026 |
| 2831 | ERS, Waveform, Arc, v1.3 (099-xxxx)[APL-TACT_03665016] | 9/17/2026 | 9/17/2026 |
| 2896 | U.S. Patent No. 10,007,344 to Hajati et al. [APL-TACT_04204149] | 9/17/2026 | 9/17/2026 |
| 3018 | Picture of two coils and 3 magnets moving portion bottom fluid haptic engine iPhone 6 plus [APL-TACT_04957511] | 9/22/2026 | 9/22/2026 |
| 3211 | iPhone 6+ [Physical Exhibit] [APL-TACT-PHYS_022] | 9/17/2026 | 9/17/2026 |
| 3218 | iPhone 6+ [Physical Exhibit] [APL-TACT-PHYS_029] | 9/17/2026 | 9/17/2026 |
| 3288 | Haptic Motor [Physical Exhibit] [APL-TACT-PHYS_099] | 9/17/2026 | 9/17/2026 |
| 3362 | AudioTactile Headphones (fodder for investment pitch) Presentation by S. James Biggs, Ph.D., Roger Hitchcock, Dirk Schapeler [HITCHCOCK0000022] | 9/15/2026 | 9/15/2026 |
| 3529 | Taction Spreadsheet [TACTION020505] | 9/15/2026 | 9/15/2026 |

Taction Technology v. Apple Inc. - Case No. 21-cv-00812-TWR-JLB

**Admitted Trial Exhibit List**

| Exhibit No. | Description | Date Marked | Date Admitted |
|---|---|---|---|
| 3545 | Closed Loop Velocity Source for Tactor Control, dated 1/14/2017 [TACTION038428] | 9/15/2026 | 9/15/2026 |
| 3665 | Email from John Steinberg to James Biggs re limitations [TACTION056887] | 9/17/2026 | 9/17/2026 |
| 3711 | Email from Roger Hitchcock to James Biggs re Sample Anatosol – Confidential – Private [TACTION090022] | 9/15/2026 | 9/15/2026 |
| 3805A | Taction's Post-Claim Construction Amended Infringement Contentions and Claim Charts, dated 10/31/2022 | 9/15/2026 | 9/15/2026 |
| 3809A | Taction's Responses to Apple's Request for Admission Nos. 2, 4, 6 dated 11/25/2022 | 9/22/2026 | 9/22/2026 |
| 3889 | U.S. Patent No. 6,982,696 to Shahoian [APL-TACT_00001589] | 9/15/2026 | 9/15/2026 |
| 3890 | Yon Visell Dissertation, Walking on virtual ground: physics, perception, and interface design | 9/17/2026 | 9/17/2026 |
| 3896 | Apple Press Release - Apple Announces Record Pre-orders for iPhone 6 & iPhone 6 Plus top Four Million in First 24 Hours [APL-TACT_00003426] | 9/17/2026 | 9/17/2026 |
| 3918 | U.S. Patent No. 4,017,694 to King | 9/22/2026 | 9/22/2026 |
| 3939 | U.S. Patent No. 9,748,827 to Dong | 9/17/2026 | 9/17/2026 |
| 3951 | Press Release - Apple Unveils Apple Watch - Apple's Most Personal Device Ever [APL-TACT_00003430] | 9/17/2026 | 9/17/2026 |
| 4000 | Email from John Steinberg to James Biggs re Taptic Engine Damping Test [TACTION056754] | 9/15/2026 | 9/15/2026 |
| 4001 | Apple's iPhone Taptic and Apple Watch Engine Q-Factors: Apple's Standard Testing | 9/22/2026 | 9/22/2026 |
| 4002 | Deposition Video Clip Report of John King | 9/17/2026 | 9/17/2026 |