UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TACTION TECHNOLOGY, INC.,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No.: 21-CV-812 TWR (JLB)

**ORDER REGARDING MOTIONS FOR JUDGMENT AS A MATTER OF LAW**

On September 23, 2026, following the close of all evidence, Plaintiff Taction Technology, Inc. ("Taction") and Defendant Apple Inc. ("Apple") each filed Motions for Judgment as a Matter of Law Under Rule 50(a), (*see* ECF Nos. 687 ("Apple Mot."), 688 ("Taction Mot.")), which the Court took under submission. On September 25, 2026, the jury returned a verdict in favor of Taction as to infringement and invalidity, in favor of Apple as to willfulness, and damages to Taction in the amount of $5,721,961,750. (ECF Nos. 706, 707.) The Court has not yet entered final judgment in this case. (*See generally* Docket.)

Considering the foregoing, the Court **SETS** the following deadlines: to the extent a party intends to file a motion pursuant to Federal Rule of Civil Procedure 50(b) and/or Federal Rule of Civil Procedure 59, it shall do so <u>no later than October 16, 2026.</u>

/ / /

A response in opposition to any Rule 50(b) and/or Rule 59 motion shall be filed no later than twenty-one (21) days after the filing date of the opposed motion.

**IT IS SO ORDERED.**

Dated: September 29, 2026

Honorable Todd W. Robinson
United States District Judge