UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTION TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 3:21-cv-00812-TWR-JLB<br><br>[Public Version] |

**DECLARATION OF JAMES H. OLIVER, PH.D., IN SUPPORT OF TACTION'S MOTION FOR SUPPLEMENTAL DAMAGES, ONGOING ROYALTY, AND PREJUDGMENT AND POSTJUDGMENT INTEREST REGARDING INFRINGEMENT OF U.S. PATENT NOS. 10,659,885 AND 10,820,117 BY THE SEPTEMBER 2026 PRODUCTS**

# Table of Contents


I. Introduction....1
II. Materials Considered....1
III. Summary of Opinions....1
IV. The September 2026 Products Are Not More Than Colorably Different from the Infringing Products....2
  **A.** The Colorable-Difference Test....2
  **B.** The Elements Proved at Trial, Limitation by Limitation....3
  **C.** Modified Features of the September 2026 Products....4
  **D.** Apple's Engineering Treatment of Taptic Engines....5
  **E.** Conclusion on Colorable Difference....6
V. Overview of the September 2026 Products....6
  **A.** September 2026 Products....7
    **1.** iPhone 18 Pro....7
    **2.** iPhone 18 Pro Max....7
    **3.** Apple Watch Series 12 (42 mm)....7
    **4.** Apple Watch Series 12 (46 mm)....8
    **5.** Apple Watch Ultra 4 (49 mm)....8
VI. Testing of the iPhone 18 Pro and iPhone 18 Pro Max....8
  **A.** iPhone 18 Pro....10
  **B.** iPhone 18 Pro Max....10
VII. The September 2026 Products Infringe the Asserted Claims....11
  **A.** Direct Infringement of the '885 Patent....11
    **1.** Claim 17....11
    **2.** Claim 19....19
  **B.** Direct Infringement of the '117 Patent....19
    **1.** Claim 16....19
  **C.** Conclusion....23
VIII. Other Comments....23

## I. Introduction

1. My name is Dr. James H. Oliver. I am a technical expert retained by counsel for Taction Technology, Inc. ("Taction"). I understand that Taction asks the Court to apply an ongoing royalty to the products the jury found to infringe and to later-released Apple products that (1) are not more than colorably different from the products the jury found to infringe and (2) infringe claims 17 and 19 the '885 patent and claim 16 of the '117 patent. I have been asked to address those two issues for Apple's iPhone 18 Pro, iPhone 18 Pro Max, Apple Watch Series 12 (42 mm and 46 mm), and Apple Watch Ultra 4 (collectively, the "September 2026 Products").

2. I incorporate by reference my Corrected Opening Infringement Report, served on April 3, 2023 (the "Corrected Opening Report") and my Corrected Post-Mandate Supplemental Infringement Report, served on June 8, 2026 (the "Corrected Supplemental Report"), which also discuss the claim constructions. I refer to the iPhone 18 Pro and iPhone 18 Pro Max as the "Fall 2026 iPhones," and to the Apple Watch Series 12 (42 mm and 46 mm) and Apple Watch Ultra 4 (49 mm) as the "Fall 2026 Watches." I use "Infringing Products" to mean the products that Taction accused of infringing claims 17 and 19 of the '885 patent and claim 16 of the '117 patent (the "Asserted Claims"). *See* Dkt. 707 at 2, 4. I identified the accused iPhone and Apple Watch models at trial. Trial Tr. 395:6–15.

## II. Materials Considered

3. In preparing this declaration I considered the materials cited in this declaration, including: (1) my Corrected Opening Report and Corrected Supplemental Report, with their appendices and other cited materials; (2) trial transcript and Trial Exhibits; and (3) physical units of each September 2026 Product, together with the photographs reproduced in Appx. A.

## III. Summary of Opinions

4. The September 2026 Products are not more than colorably different from the Infringing Products they succeed. For example, the iPhone 18 Pro (planar architecture) is substantially similar to the iPhone 17 Pro; the iPhone 18 Pro Max (sandwich architecture) to the iPhone 17 Pro Max; the Apple Watch Series 12 (42 mm and 46 mm) (air coil architecture) to the Apple Watch Series 11 (42 mm and 46

mm); and the Apple Watch Ultra 4 (49 mm) (planar architecture) to the Apple Watch Ultra 3 (49 mm). Further, each September 2026 Product infringes claim 17 of the ’885 patent, and dependent claim 19. Claim 16 of the ’117 patent is infringed by the Apple Watch Series 12 models. *See* Section VII.B.

5. In my teardowns, the Taptic Engine in each September 2026 Product appears materially the same as at least one of the Taptic Engines in the previous-generation product with minor and insubstantial differences that are not important to the infringement analysis. Each of the Fall 2026 iPhones had frequency response that was a “highly damped output” and that had no more than colorable differences with the frequency responses of the seven tested iPhones that I opined on at trial (the “Tested iPhones”). *See* Trial Ex. 1670 (Infringing Product teardown photographs); *see also* Appx. A (September 2026 Product teardown photographs); Appx. C (test result charts); Trial Ex. 1668.0061–.0080 (test results); Trial Tr. 424:7–428:22.

6. Based on the testimony and engineering documents I have reviewed and the information I currently have available, [redacted] Yoneoka Vol. II Tr. at 162:15-171:15; Yoneoka Dep. Ex. 4 (APL-TACT_05338811).

## IV. The September 2026 Products Are Not More Than Colorably Different from the Infringing Products

### A. The Colorable-Difference Test

7. I understand from counsel that the colorable-difference inquiry focuses on those elements of the adjudicated infringing products that the patentee previously contended, and proved, satisfy specific limitations of the Asserted Claims, and on the modified features of the newly accused product, not on differences between irrelevant features of the two products. I understand that the inquiry proceeds as follows:

- First, identify, limitation by limitation, the elements of the Infringing Products that Taction contended and proved at trial satisfy each limitation of the Asserted Claims.

- Second, determine whether any of those elements has been modified or removed in the newly accused product.
- Third, if an element has been modified or removed, determine whether the modification is significant, assessed with reference to the claim limitation and the relevant prior art. If no relied-upon element has been modified or removed, or any modification is insignificant, the newly accused product is not more than colorably different.
- Fourth, and separately, confirm that the newly accused product actually infringes, by evaluating it against each limitation of the Asserted Claims. I address that requirement in Section VII.

8. I applied these steps for every limitation of every claim the jury found infringed: claims 17 and 19 of the '885 patent and claim 16 of the '117 patent.

### B. The Elements Proved at Trial, Limitation by Limitation

9. I apply the first three steps element by element in Section VII. For each limitation of claims 17 and 19 of the '885 patent and claim 16 of the '117 patent, I identify the element of the Infringing Products that I relied on at trial to prove the limitation, explain that the same element is present in the September 2026 Products, and provide a side-by-side comparison with the predecessor Infringing Product, and I collect those comparisons for each product in Appx. B. For every limitation, the element that was the basis of the jury's finding has not been modified or removed in any September 2026 Product.

10. The side-by-side comparisons in Appx. B show, product by product, the Taptic Engine of each September 2026 Product (left; figures in Appx. A) next to the Taptic Engine of the Infringing Product it succeeds (right; Trial Ex. 1670). In each pair the components that I relied on at trial are the same and in the same arrangement, in the September 2026 Product as in its predecessor.

### C. Modified Features of the September 2026 Products

11. Based on my teardowns, I did not identify any materially modified features between the Taptic Engines in the September 2026 Products and those in their predecessors with regard to any feature that bears on a limitation of the Asserted

Claims. *See* Sections V and VII and the side-by-side comparisons in Appx. B. Each Taptic Engine appears materially the same as at least one of the Taptic Engines in the previous-generation product. The small differences that may be present, such as overall length, width, and thickness, the shape and size of some components, the amount and viscosity of the ferrofluid, and [redacted], are nominal and insubstantial. They are the kind of minor variations [redacted], and none changes the presence, configuration, or operation of any element that I relied on to show infringement.

12. The polarized regions of the monolithic magnets may also differ slightly in size and strength from those in the predecessors, which is likewise insubstantial. As I explained at trial, [redacted] *See generally* Trial Tr. 407:14–415:17; *id.* 408:13–15; *id.* 410:22–24. A different size or strength of any one of the polarized regions does not change that.

13. The Taptic Engines in the September 2026 Products appear to be, in effect, resized versions of those in the Infringing Products. The only limitations that depend on size are the housing-dimension limitations of claim 16 of the '117 patent, limitations 16[g] and 16[h], addressed in Section VII.B. Because no element that was the basis of the jury's finding has been modified or removed in any September 2026 Product, there is no modification whose significance must be assessed. None of the small differences described above was discussed at trial, and none bears on any limitation of the Asserted Claims.

14. Apple also did not identify any acceptable non-infringing alternatives to the Infringing Products at trial. *See* Trial Tr. (Zinn) 1149:1-4 .

### D. Apple's Engineering Treatment of Taptic Engines

[redacted]

[redacted]

[redacted]

17. At trial I opined on the Tested iPhones: the iPhone SE, iPhone 8, iPhone XS, iPhone 12 Pro, iPhone 13, iPhone 14 Pro Max, and iPhone Air and how those results applied to the other Infringing Products. Trial Tr. 477:18–19. The Court has also held that extending my opinions in this way is reliable. Dkt. 545 at 27. For the Fall 2026 Watches I rely on the same evidence I did at trial, including teardowns and my understanding of Apple's products based on my review of their documentation and witness testimony. Trial Tr. 427:16-428:22. Every Taptic Engine I tore down contained [redacted] and [redacted]

18. As I opined at trial, [redacted] Trial Tr. 616:22–25; Trial Tr. 581:13–15. Every 2023 to 2025 iPhone and Apple Watch Taptic Engine [redacted] Yoneoka Vol. II Tr. at 203:5–13; 270:3–6. That is another reason the Fall 2026 Watches, like the

Apple Watches at trial, would behave like the iPhones I tested and meet the "highly damped output" limitation.

### E. Conclusion on Colorable Difference

19. For each limitation of claims 17 and 19 of the '885 patent and claim 16 of the '117 patent, the element of the Infringing Products that Taction contended, and proved at trial, satisfies that limitation in each September 2026 Product without modification or removal, so there is no modification whose significance must be assessed. Based on my teardowns, Apple's own treatment of its Taptic Engines, and the testing described in Section VI, it is my opinion that the iPhone 18 Pro, iPhone 18 Pro Max, Apple Watch Series 12 (both sizes), and Apple Watch Ultra 4 are not more than colorably different from the Infringing Products. Each September 2026 Product Taptic Engine appears materially the same as the Taptic Engine in the previous-generation product it succeeds with no more than colorable differences.

## V. Overview of the September 2026 Products

20. I reviewed the photographs of the September 2026 Products and their Taptic Engines reproduced in Appx. A, which includes a representative view where several views of the same component were taken. This section describes the structure of each September 2026 Product. I incorporate it into each limitation analysis in Section VII.

21. The iPhone 18 Pro and iPhone 18 Pro Max units that were torn down are the same units on which I performed the frequency response testing. Each September 2026 Product was torn down under the same procedures used in my Corrected Supplemental Report. The Taptic Engine of each September 2026 Product was photographed, removed from the product, measured, and opened, and its moving mass was weighed (Appx. A). The teardown protocols were the same as those used for the Infringing Products, and the testing protocols for the iPhone 18 Pro and iPhone 18 Pro Max were the same as those used for the Tested iPhones. *See* Trial Ex. 1670; Trial Tr. 422:1–424:6 (testing procedure); Corrected Opening Report ¶¶ 546–572.

### A. September 2026 Products

#### 1. iPhone 18 Pro

22. Like the Taptic Engine in the iPhone 17 Pro, the Taptic Engine in the iPhone 18 Pro uses the planar architecture: inside a six-sided, generally flat housing, a moving mass with one pocket containing a monolithic magnet is suspended by flexures at either end, with two substantially flat, elongated, oval-shaped coils on each side of the moving mass. *See* Appx. A, Figures 1–17.

#### 2. iPhone 18 Pro Max

23. Like the Taptic Engine in the iPhone 17 Pro Max, the Taptic Engine in the iPhone 18 Pro Max uses the sandwich architecture: inside a six-sided, generally flat housing, a moving mass with several pockets, each containing a unipolar magnet, is suspended by flexures at either end, and two substantially flat, elongated, oval-shaped coils are wound around a stator core affixed to the top and bottom of the housing. *See* Appx. A, Figures 23–36. It appears materially the same as the iPhone 17 Pro Max Taptic Engine, apart from small differences in size.

#### 3. Apple Watch Series 12 (42 mm)

24. Like the Taptic Engine in the Apple Watch Series 11 (42 mm), the Taptic Engine in the Apple Watch Series 12 (42 mm) uses the air coil architecture: inside a six-sided, generally flat housing, a moving mass with a pocket of monolithic magnets is suspended by flexures at either end, and a substantially flat, elongated, oval-shaped coil surrounds the moving mass. It measures 17.55 mm by 8.82 mm by 2.89 mm. *See* Appx. A, Figures 37–46, 48, and 49. It appears materially the same as the Series 11 (42 mm) Taptic Engine, apart from small differences in size.

#### 4. Apple Watch Series 12 (46 mm)

25. Like the Taptic Engine in the Apple Watch Series 11 (46 mm), the Taptic Engine in the Apple Watch Series 12 (46 mm) uses the air coil architecture: inside a six-sided, generally flat housing, a moving mass with a pocket of monolithic magnets is suspended by flexures at either end, and a substantially flat, elongated, oval-shaped coil surrounds the moving mass. It measures 21.64 mm by 11.53 mm by 2.86 mm. *See* Appx. A, Figures 52–61, 63, and 64. It appears materially the same as the Series 11 (46 mm) Taptic Engine, apart from small differences in size.

### 5. Apple Watch Ultra 4 (49 mm)

26. Like the Taptic Engine in the Apple Watch Ultra 3, the Taptic Engine in the Apple Watch Ultra 4 uses a planar architecture: inside a six-sided, generally flat housing, a moving mass with one pocket containing a monolithic magnet is suspended by two flexures at either end, with a substantially flat, elongated, oval-shaped coil on either side of the moving mass. *See* Appx. A, Figures 67–77 and 79–80. It appears materially the same as the Ultra 3 Taptic Engine.

## VI. Testing of the iPhone 18 Pro and iPhone 18 Pro Max

27. I tested the iPhone 18 Pro and iPhone 18 Pro Max using the same testing protocols and methodology I used at trial on the Tested iPhones, as further described in my Corrected Opening Report and Corrected Supplemental Report. Before testing each iPhone 18 model, I identified the orientation of its Taptic Engine and the axis of its primary motion, and mounted the phone on the load cell so that the load cell senses force along that axis.

28. Core Haptics works on the iPhone 18 Pro and iPhone 18 Pro Max just as it did on the iPhones I tested at trial. It is a single framework, available since iOS 13.0, with the same classes and methods on every supported iPhone. *See* Apple Inc., *Core Haptics*, Apple Developer Documentation, https://developer.apple.com/documentation/corehaptics (last visited Oct. 15, 2026). The iPhone 18 models run iOS 27. Apple Inc., Press Release, *Apple debuts iPhone 18 Pro and iPhone 18 Pro Max, https*://www.apple.com/newsroom/2026/09/apple-debuts-iphone-18-pro-and-iphone-18-pro-max/. [redacted]. Yoneoka Vol. II Tr. at 210:6–18. Based on the testing results, it is my opinion that Core Haptics and [redacted] have not changed in any way relevant to infringement. The September 2026 Products produce a frequency response substantially similar to, and not more than colorably different from, that of the Infringing Products I tested.

29. A MATLAB script called ToneSeriesAnalyzer.m (*See* Appx. E and Appx. F) was used to process each output .wav file to convert the recorded force response into acceleration, velocity, displacement, and power measurements of the moving mass that were induced by the input excitation. The ToneSeriesAnalyzer.m

script used a Fast Fourier Transform (FFT) to determine the frequency (f) and amplitude of the vibrational force (F) on the load cell during each tone generated by HapticSweep. Appx. D (the test results in MATLAB format) and Appx. E and Appx. F (the versions of ToneSeriesAnalyzer.m used for the iPhone 18 Pro and iPhone 18 Pro Max, respectively) are not attached to this declaration. Taction is serving them with this declaration.

30. All measured results varied by no more than about ±4% around the average across the three tests. The raw test results, in MATLAB format, are in Appx. D, which is served with this declaration.

31. I reported velocity, displacement, acceleration, and power. Those quantities also show a substantially uniform or flat output over the normal operating frequency range of the devices. Each tested iPhone 18 model falls within the ±10 dB band across about 80 Hz to about 230 Hz. *See also* Corrected Opening Report ¶¶ 552–572.

32. The charts of power in decibels, acceleration, velocity, displacement, and power in watts for each phone are in Appx. C, Figures C-1 through C-5 (iPhone 18 Pro) and Figures C-6 through C-10 (iPhone 18 Pro Max). The frequency responses of the iPhone 18 Pro and iPhone 18 Pro Max are insubstantially different from those of the Tested iPhones. All nine plots have the same shape, a gentle rise to a single broad peak between about 160 and 180 Hz, and all nine stay within a band of the same ±10 dB width across the operating range. The iPhone 18 plots sit at a somewhat higher absolute level, which is no more than a colorable difference and is not important to the infringement analysis, because the limitation concerns the uniformity of the output over the operating range, not its level. *See* Appx. C, Figure C-11.




Figure c-11 (reproduced from Appx. c). Mechanical power (dB re 1 microwatt) versus frequency for the seven Tested iPhones (Trial Ex. 1668) and the iPhone 18 Pro and iPhone 18 Pro Max (horizontal Run 1). The green band indicates ±10 dB.

### A. iPhone 18 Pro

33. The specific version of the MATLAB code ToneSeriesAnalyzer.m (Appx. E) uses a sprung mass value of 3.087 g. As shown in Appx. C, Figures C-1 through C-5, the iPhone 18 Pro exhibits a frequency response that is substantially uniform or flat over the normal operating frequency range of the device, about 80 Hz to about 230 Hz (the green box indicates ±10 dB).

### B. iPhone 18 Pro Max

34. The specific version of the MATLAB code ToneSeriesAnalyzer.m (Appx. F) uses a sprung mass value of 4.116 g. As shown in Appx. C, Figures C-6 through C-10, the iPhone 18 Pro Max exhibits a frequency response that is substantially uniform or flat over the normal operating frequency range of the device, about 80 Hz to about 230 Hz (the green box indicates ±10 dB).

## VII. The September 2026 Products Infringe the Asserted Claims

35. In my opinion, Apple directly infringes the Asserted Claims by importing, making, using, offering to sell, and selling the September 2026 Products

in or into the United States. The reasons I gave at trial for each limitation apply equally to the September 2026 Products, because, based on my teardowns, they all have the same or substantially similar components, configured in the same way with no more than colorable differences relevant to infringement. Trial Tr. 427:19-428:5; *see generally* Trial Tr. 400:5–428:22; Trial Tr. 474:17–496:17 (testimony regarding infringement of each limitation).

### A. Direct Infringement of the '885 Patent

#### 1. Claim 17

##### a. [17pre] "An apparatus for imparting motion to the skin of a user, the apparatus comprising"

36. Each of the five September 2026 Products is an "apparatus for imparting motion to the skin of a user, the apparatus comprising" a Taptic Engine, as the preamble requires. *See generally* Trial Tr. 400:5–401:15; Trial Tr. 474:20–476:2 (testimony regarding the preamble of claim 17); *see also* Corrected Opening Report ¶¶ 747–750. *See* Appx. A, Figures 3–4 (iPhone 18 Pro), 25–26 (iPhone 18 Pro Max), 39–41 (Apple Watch Series 12 (42 mm)), 54–56 (Apple Watch Series 12 (46 mm)), and 69–71 (Apple Watch Ultra 4). Each therefore meets the preamble and, in my opinion, each is not more than colorably different from the Infringing Product it succeeds in how it imparts motion to the skin of a user. *See* Appx. B, Parts 1–5.

##### b. [17a] "a housing or frame"

37. Each Taptic Engine in the September 2026 Products has "a housing or frame." *See generally* Trial Tr. 401:16–402:18 (testimony regarding limitation 17[a]); *see also* Corrected Opening Report ¶¶ 751–753. *See* Appx. A, Figures 8–14 (iPhone 18 Pro), 30–34 (iPhone 18 Pro Max), 45–46 (Apple Watch Series 12 (42 mm)), 60–61 (Apple Watch Series 12 (46 mm)), and 75–77 (Apple Watch Ultra 4). Each September 2026 Product therefore meets limitation 17[a], and, in my opinion, its housing is not more than colorably different from that of the Infringing Product it succeeds. *See* Appx. B, Parts 1–5.

##### c. [17b] "a conductive coil capable of carrying electrical current"

38. Each Taptic Engine in the September 2026 Products has "a conductive coil capable of carrying electrical current." *See generally* Trial Tr. 402:19–404:3 (testimony regarding limitation 17[b]); *see also* Corrected Opening Report ¶¶ 754–

758. The iPhone 18 Pro has four coils, two on each side of the moving mass; the Apple Watch Ultra 4 has a coil on either side of the moving mass; the iPhone 18 Pro Max has two coils wound around a stator core; and each Apple Watch Series 12 has a coil that surrounds the moving mass. *See* Appx. A, Figures 8 and 14 (iPhone 18 Pro), 30, 31, and 34 (iPhone 18 Pro Max), 46 (Apple Watch Series 12 (42 mm)), 61 (Apple Watch Series 12 (46 mm)), and 75–77 (Apple Watch Ultra 4). Each September 2026 Product therefore meets limitation 17[b], and, in my opinion, its coil is not more than colorably different from that of the Infringing Product it succeeds. Apple did not substantially modify or remove the coil in any September 2026 Product. *See* Appx. B, Parts 1–5.

**d. [17c] "a plurality of magnets arranged in operative proximity to the conductive coil"**

39. Each Taptic Engine in the September 2026 Products has "a plurality of magnets arranged in operative proximity to the conductive coil," either literally or under the doctrine of equivalents. *See generally* Trial Tr. 404:4–415:17 (testimony regarding limitation 17[c]). The Court construed this limitation, and I applied its constructions in my analysis. Trial Tr. 404:6–10. "Plurality of magnets" means at least two physically distinct magnets, and a "magnet" is a body that produces a magnetic field based on the body's dipolar nature. Trial Tr. 404:13–17.

40. **Literal infringement.** The iPhone 18 Pro Max Taptic Engines have more than one magnet, and those literally infringe this limitation, because you can point to and count at least two magnets in each of them. Trial Tr. 406:22–25. In the iPhone 18 Pro Max Taptic Engine, there are magnets on either side that surround the coils in the middle. Among the September 2026 Products, the iPhone 18 Pro Max, like the iPhone 17 Pro Max that I identified at trial as literally infringing, has several pockets in its moving mass, each containing a magnet, and therefore literally infringes. Trial Tr. 407:9–10. *See* Appx. A, Figures 32 and 34 (iPhone 18 Pro Max).

41. **Infringement under the doctrine of equivalents.** The remaining Taptic Engines use a single "monolithic" magnet that is different from a traditional magnet. It is my understanding that this Court has ruled that those magnets cannot infringe this limitation literally, but in my opinion they are equivalent to a plurality of magnets under the doctrine of equivalents. Trial Tr. 407:17–21. Based on my physical inspection, the iPhone 18 Pro, both Apple Watch Series 12 models, and the

Apple Watch Ultra 4 use a [redacted]. Apple did not dispute at trial that the monolithic magnets are equivalent to more than one magnet. As I explained at trial and explain below, [redacted] *See generally* Trial Tr. 407:14–415:17 (testimony regarding the doctrine of equivalents).

42. Using a magnetic pole tester, which has a north and a south pole, I confirmed in the teardowns that each monolithic magnet in the iPhone 18 Pro, both Apple Watch Series 12 models, and the Apple Watch Ultra 4 contains at least two bodies that each produce a magnetic field based on the body's dipolar nature. Trial Tr. 409:14–19. The results of the magnetic pole tester check are shown in Appx. A, Figure 17 (iPhone 18 Pro), Figure 49 (Apple Watch Series 12 (42 mm)), Figure 64 (Apple Watch Series 12 (46 mm)), and in Appx. B, Part 5, Figures 80 through 82 (Apple Watch Ultra 4).

43. **Function, way, result.** At trial I applied the function, way, result method to the monolithic magnets in the Infringing Products and showed that each substantially meets the same function, in substantially the same way, with substantially the same result as a plurality of magnets, with only slight and insubstantial differences. The monolithic magnets in the September 2026 Products meet that test in the same way: [redacted] adjacent to the coil, and that adjacency and the electrical current generate a force which moves the moving mass. *See generally* Trial Tr. 410:5–411:2; Trial Ex. 158 at 4–5; Trial Tr. 412:5–13.

44. Based on my review, the magnets in the September 2026 Products are each monolithic magnets that are substantially similar to, and have no more than colorable differences from, the monolithic magnets used in the Infringing Products. Further, the monolithic magnets in the September 2026 Products meet the doctrine of equivalents test in the same way as the monolithic magnets in the Infringing Products.

45. The Taptic Engines in the September 2026 Products therefore have "a plurality of magnets arranged in operative proximity to the conductive coil," either literally or under the doctrine of equivalents. Trial Tr. 415:17. The iPhone 18 Pro

Max meets this limitation literally, and the iPhone 18 Pro, both Apple Watch Series 12 models, and the Apple Watch Ultra 4 meet it under the doctrine of equivalents. *See also* Corrected Opening Report ¶¶ 762–774. *See* Appx. B, Parts 1–5.

**e. [17d] "a moving portion comprising an inertial mass and the plurality of magnets"**

46. Each Taptic Engine in the September 2026 Products has "a moving portion comprising an inertial mass and the plurality of magnets." *See generally* Trial Tr. 415:18–416:19 (testimony regarding limitation 17[d]); *see also* Corrected Opening Report ¶¶ 798–799. Apple did not substantially modify or remove the moving mass that carries the magnets. *See* Appx. A, Figures 14, 16, and 17 (iPhone 18 Pro), 32–34 and 36 (iPhone 18 Pro Max), 46, 48, 49, 61, 63, and 64 (Apple Watch Series 12), and 76 and 79–80 (Apple Watch Ultra 4). Each September 2026 Product therefore meets limitation 17[d], and, in my opinion, its moving portion is not more than colorably different from that of the Infringing Product it succeeds. *See* Appx. B, Parts 1–5.

**f. [17e] "a suspension comprising a plurality of flexures that guides the moving portion in a planar motion with respect to the housing and the conductive coil"**

47. Each Taptic Engine in the September 2026 Products has "a suspension comprising a plurality of flexures that guides the moving portion in a planar motion with respect to the housing and the conductive coil." *See generally* Trial Tr. 416:20–419:5 (testimony regarding limitation 17[e]); *see also* Corrected Opening Report ¶¶ 800–809. The flexures of the September 2026 Products are visible in Appx. A. Each September 2026 Product therefore meets limitation 17[e], and, in my opinion, its suspension is not more than colorably different from that of the Infringing Product it succeeds. *See* Appx. B, Parts 1–5.

**g. [17f] "wherein movement of the moving portion is damped by a ferrofluid in physical contact with at least the moving portion"**

48. Each Taptic Engine in the September 2026 Products has ferrofluid in physical contact with the moving portion, which damps the movement of the moving portion. *See generally* Trial Tr. 419:6–24 (testimony regarding limitation 17[f]); *see also* Corrected Opening Report ¶¶ 810–818. *See* Appx. A, Figures 14, 34, 46, 61, and 76. Each September 2026 Product therefore meets limitation 17[f], and its

ferrofluid sits on the magnet in substantially the same location as in the Infringing Product it succeeds. In my opinion, the ferrofluid in each September 2026 Product Taptic Engine is not more than colorably different from that of the Infringing Product it succeeds. *See* Appx. B, Parts 1–5.

**h. [17g(1)] "wherein the ferrofluid reduces at least a mechanical resonance within the frequency range of 40-200 Hz in response to electrical signals applied to the conductive coil"**

49. In each Taptic Engine in the September 2026 Products, the ferrofluid reduces at least a mechanical resonance within the frequency range of 40 to 200 Hz in response to electrical signals applied to the conductive coil. *See generally* Trial Tr. 419:25–421:9 (testimony regarding limitation 17[g(1)]); *see also* Corrected Opening Report ¶¶ 821–823. [redacted] The same is true of the September 2026 Products.

50. Based on the dimensions, the moving masses, and the flexures of the September 2026 Products, I would expect the resonant frequency of each to be in the same 40 to 200 Hz range as the Infringing Products. First, as with most mass-spring systems, the resonant frequency of a Taptic Engine is affected by the stiffness of its flexures and the mass of its moving portion, and those are substantially similar to the predecessor's. Second, [redacted]. Yoneoka Vol. II Tr. at 289:13–16. Apple made the same argument at trial. [redacted]

51. Each September 2026 Product therefore meets limitation 17[g(1)], for the reasons stated above. In my opinion, the resonance and its reduction by the ferrofluid in each September 2026 Product Taptic Engine are not more than colorably different from those of the Infringing Product it succeeds.

**i. [17g(2)] "wherein the output of the transducer is highly damped, i.e., meaning the output is substantially uniform or flat over the normal operating frequency range of the device"**

52. In each September 2026 Product, the output of the transducer is highly damped, meaning the output is substantially uniform or flat over the normal operating frequency range of the device. *See generally* Trial Tr. 421:10–428:22; Trial Tr. 476:3–484:18 (testimony regarding limitation 17[g(2)]). The transducer is the Taptic Engine, and its output is vibration; the output I measured is the output the user feels, the output of the phone. *Id.*

53. I presented these results at trial in Trial Ex. 1668. Each plot shows power, in decibels, against frequency, with a green band of ±10 dB. Trial Tr. 424:7–13 (admitting Trial Ex. 1668); *id.* 424:14-425:19. I tested seven iPhones, and each showed a substantially uniform or flat response over the normal operating frequency range of the device. Trial Tr. 426:23–24; *id.* 427:1–428:4. The plots for the seven Tested iPhones are compared with those of the iPhone 18 Pro and iPhone 18 Pro Max in Appx. C, Figure C-11.

54. For the iPhone 18 Pro and iPhone 18 Pro Max, the frequency response resides within a band of ±10 dB across the operating range, from about 80 Hz to about 230 Hz, as shown in Section VI. As I opined at trial, a response within ±10 dB correlates to a substantially uniform or flat frequency response (Trial Tr. 477:11–14), and the quantities derived from the force would be similarly substantially uniform or flat over the normal operating frequency range. Trial Tr. 478:20–21.

55. For the Fall 2026 Watches, the teardowns show the same components, similar configurations, ferrofluid, [redacted], and all the same elements, so in my opinion the watches also meet this highly damped output limitation.

56. Based on these results, the Apple documentation on the September 2026 Products that I reviewed, Dr. Yoneoka's testimony [redacted] (Yoneoka Vol. II Tr. at 203:5–13; 270:3–6), and the teardowns, in my opinion there are no more than colorable differences in the highly damped output created by the September 2026 Products. Based on my review, the [redacted]

[redacted] Trial Tr. 482:2–6; *id.* 482:10–11. [redacted]. Trial Tr. 483:23–484:15. *See also* Corrected Opening Report ¶¶ 605–632, 830–831.

57. Each September 2026 Product therefore meets limitation 17[g(2)]. The frequency responses of the iPhone 18 Pro and iPhone 18 Pro Max fall within the same ±10 dB band as the Tested iPhones and are nearly indistinguishable from the shape of their plots, and the Fall 2026 Watches use ferrofluid and a [redacted] substantially similar to those of their predecessors. The plots are in Appx. C, and the plots for the Tested iPhones are in Trial Ex. 1668. In my opinion, the highly damped output of each September 2026 Product is not more than colorably different from that of the Infringing Products.

**j. [17h] "the apparatus does not utilize or encompass an undamped linear resonant actuator"**

58. The apparatus of each September 2026 Product does not utilize or encompass an undamped linear resonant actuator, for the same reasons the Infringing Products do not. *See generally* Trial Tr. 484:19–487:24 (testimony regarding limitation 17[h]). First, like the Infringing Products, the September 2026 Products do not operate at a single frequency; the iPhone 18 Pro and iPhone 18 Pro Max are driven from about 80 Hz to about 230 Hz through Core Haptics, and the response I measured is substantially uniform or flat over that range (Section VI). Second, each has ferrofluid, one of the formal damping mechanisms that I identified at trial (Trial Tr. 486:12–14), and [redacted] Yoneoka Vol. II Tr. at 291:1–7. Third, each has a [redacted] the other formal damping mechanism I identified at trial (Trial Tr. 486:15–17), and [redacted] Yoneoka Vol. II Tr. at 270:3–6. Fourth, [redacted] Trial Ex. 157 at 5; Trial Tr. 487:7–10; Trial Tr. 487:15–19. The September 2026 Products therefore do not

"utilize or encompass an undamped linear resonant actuator," and each practices every limitation of claim 17. Trial Tr. 487:22–24. *See also* Corrected Opening Report ¶¶ 633–644.

59. Each September 2026 Product therefore meets limitation 17[h]. Its damping mechanisms are [redacted], as in the Infringing Products; none operates at a single frequency; and the Taptic Engines also include [redacted] Because that damping is applied intentionally to reduce vibration, it is another formal damping mechanism. Trial Ex. 157 at 5; Trial Tr. 487:7–10; *id.* 485:7–9. In my opinion, the formal damping mechanisms in each September 2026 Product are not more than colorably different from those in the Infringing Products.

**2. Claim 19**

**a. [19] "The apparatus of claim 17 wherein said conductive coil is an elongated oval with substantially flat sides"**

60. In each September 2026 Product, the conductive coil is an elongated oval with substantially flat sides, as claim 19 requires. *See generally* Trial Tr. 487:25–488:20 (testimony regarding claim 19); *see also* Corrected Opening Report ¶¶ 845–849. *See* Appx. A, Figures cited for limitation 17[b]. Each September 2026 Product therefore infringes claim 19 as well as claim 17, and, in my opinion, its coil is not more than colorably different from that of the Infringing Product it succeeds. *See* Appx. B, Parts 1–5.

**B. Direct Infringement of the '117 Patent**

**1. Claim 16**

61. Claim 16 of the '117 patent is an independent claim. The '117 patent is related to the '885 patent, and claim 16 contains all of the claim language of claim 17 of the '885 patent; the limitations map one to one. Trial Tr. 488:25–489:3. Claim 16 adds limitations that primarily speak to the shape of the flexures, the direction they operate in, and the relative dimensions of the actuator in terms of length, width, and height. Trial Tr. 489:4–8. The limitations that exist in both claims are met for the same reasons I gave for claim 17. Trial Tr. 489:12–14. I therefore address only the additional limitations here. My comparisons showing no more than colorable

differences for the shared limitations apply equally to claim 16. *See generally* Trial Tr. 488:21–490:11 (testimony regarding claim 16 generally).

**a. [16e]–[16f] "a suspension comprising a plurality of flexures that are generally flat and generally rectangular, wherein each of the plurality of flexures comprise a plurality of protrusions that lie within a same plane as adjacent portions of the plurality of flexures, wherein said suspension guides the moving portion in a planar motion with respect to the housing and the conductive coil"; "wherein a long axis of each of the plurality of flexures is substantially in a plane of the moving portion"**

62. In the Apple Watch Series 12 Taptic Engines, the suspension comprises a plurality of flexures that are generally flat and generally rectangular, each with protrusions that lie within the same plane as adjacent portions of the flexure, and the long axis of each flexure is substantially in a plane of the moving portion, as limitations 16[e] and 16[f] require. *See generally* Trial Tr. 490:12–492:16 (testimony regarding limitations 16[e] and 16[f]); *see also* Corrected Opening Report ¶¶ 950–973. [redacted] and there is also a slight protrusion coming out of the lower end from securing the flexure to the frame or the magnet; those are two examples of protrusions. Trial Ex. 157 at 5; Trial Tr. 491:13–18. I found flexures of this shape, with protrusions, in all of the September 2026 Products that I identified as infringing claim 16. My teardowns found protrusions on the flexures of both Apple Watch Series 12 Taptic Engines, as in the Apple Watch Series 11 Taptic Engines. Each Apple Watch Series 12 therefore meets limitations 16[e] and 16[f]. Its flexures are the same as the infringing flexures of the Apple Watch Series 11, and Apple did not contest infringement of those flexures at trial or any of the '117 limitations other than the housing dimensions. In my opinion, the suspension of the Apple Watch Series 12 Taptic Engines are not more than colorably different from those of the Apple Watch Series 11 Taptic Engines. *See* Appx. B, Parts 3–4.

**b. [16g]–[16h] "wherein the housing or frame has a thickness less than one-third of a width of the housing or frame, where the thickness and width are both orthogonal to a direction of motion of the moving**

**portion, and the thickness is less than a length of the housing or frame"; "wherein the housing or frame has a length dimension in the direction of motion of the moving portion, and a thickness dimension perpendicular to the length dimension, wherein the thickness dimension is less than one-third of the length dimension, and the thickness is less than the width"**

63. In the Apple Watch Series 12 Taptic Engines, the housing has a thickness less than one-third of its width and less than one-third of its length, as limitations 16[g] and 16[h] require. *See generally* Trial Tr. 492:17–495:21 (testimony regarding limitations 16[g] and 16[h]). Both limitations address the thickness relative to the other two dimensions; because the actuator moves in a planar direction, it is meant to be flat, so the thickness must be less than a third of the width and less than a third of the length. Trial Tr. 492:20–24; *id.* 493:5–6. Here, X is the length, Y is the width, and Z is the thickness, measured on the teardown units with a Mitutoyo digital caliper (Appx. A, Figures 42–44 and 57–59). The ratios of thickness to width and thickness to length for the Apple Watch Series 12 Taptic Engines are:

| Product | Thickness ÷ Width | Thickness ÷ Length | Both below 0.333? |
|---|---|---|---|
| Apple Watch Series 12 (42 mm) (17.55 × 8.82 × 2.89 mm) | 0.328 | 0.165 | Yes |
| Apple Watch Series 12 (46 mm) (21.64 × 11.53 × 2.86 mm) | 0.248 | 0.132 | Yes |

64. To meet the limitations, both ratios must be less than one third, which is 0.333. Trial Tr. 494:11–14. At trial I presented the dimensions of the accused Taptic Engines in Trial Ex. 1669, in which X is the length, Y is the width, Z is the thickness, and the last two columns are the thickness-to-width and thickness-to-length ratios. Trial Tr. 493:16– 495:21. At trial I asserted claim 16 of the '117 patent only against a subset of Infringing Products. Trial Tr. 489:19–21. Applying the same test to the September 2026 Products, both Apple Watch Series 12 models satisfy both ratios, as the Apple Watch Series 11 did at trial. Taction's teardown measurements give thickness-to-width ratios of 0.328 (42 mm) and 0.248 (46 mm), and thickness-to-length ratios of 0.165 (42 mm) and 0.132 (46 mm). *See also* Corrected Opening Report ¶¶ 842–844, 974–978.

65. Each Apple Watch Series 12 therefore meets limitations 16[g] and 16[h], and its housing dimensions differ from those of the Apple Watch Series 11 Taptic Engines by no more than 0.73 mm in any dimension (table below). In my opinion, the housing of each Apple Watch Series 12 Taptic Engine is not more than colorably different from that of the Apple Watch Series 11 Taptic Engine.

| **Taptic Engine** | **Thickness ÷ Width** | **Thickness ÷ Length** |
|---|---|---|
| Apple Watch Series 12 (42 mm) (17.55 × 8.82 × 2.89 mm) | 0.328 | 0.165 |
| Apple Watch Series 11 (42 mm) | 0.306 | 0.160 |
| Apple Watch Series 12 (46 mm) (21.64 × 11.53 × 2.86 mm) | 0.248 | 0.132 |
| Apple Watch Series 11 (46 mm) | 0.255 | 0.126 |

**c. [16i], [16k] "wherein movement of the moving portion is damped by a ferrofluid in physical contact with at least the moving portion"; "wherein the ferrofluid damps at least a resonance in response to signals applied to the conductive coil"**

66. In the Apple Watch Series 12 Taptic Engines, movement of the moving portion is damped by a ferrofluid in physical contact with at least the moving portion, and the ferrofluid damps at least a resonance in response to signals applied to the conductive coil, as limitations 16[i] and 16[k] require. *See generally* Trial Tr. 489:9–14; Trial Tr. 419:6–421:9 (testimony regarding limitations 16[i] and 16[k], including the shared limitations of claim 16); *see also* Corrected Opening Report ¶¶ 979, 985. *See* Appx. A. Each Apple Watch Series 12 therefore meets limitations 16[i] and 16[k], for the same reasons as limitations 17[f] and 17[g(1)], and, in my opinion, its ferrofluid is not more than colorably different from that of the Apple Watch Series 11 Taptic Engines. *See* Appx. B, Parts 3–4.

**d. [16j] "wherein said moving portion includes at least a pocket that provides space for at least a magnet"**

67. In the Apple Watch Series 12 Taptic Engines, the moving portion includes at least a pocket that provides space for at least a magnet, as limitation 16[j] requires. *See generally* Trial Tr. 495:22–496:10 (testimony regarding limitation 16[j]); *see also* Corrected Opening Report ¶¶ 980–984. *See* Appx. A, Figures 48–49 and 63–64. Each Apple Watch Series 12 therefore meets limitation 16[j], and, in my opinion, its pocket is not more than colorably different from that of the Apple Watch Series 11 Taptic Engines. *See* Appx. B, Parts 3–4.

68. I therefore conclude that both Apple Watch Series 12 models infringe claim 16 of the ’117 patent, as the products I identified at trial do. Trial Tr. 496:11–17.

### C. Conclusion

69. Each of the five September 2026 Products therefore infringes claim 17 of the ’885 patent, and dependent claim 19, and both Apple Watch Series 12 models infringe claim 16 of the ’117 patent, for the same reasons I gave at trial for the Infringing Products. Trial Tr. 496:11–14. Together with my opinion in Section IV that the September 2026 Products are not more than colorably different from the Infringing Products, this satisfies both requirements for extending the ongoing royalty to the September 2026 Products.

## VIII. Other Comments

70. I reserve the right to supplement these opinions if I receive additional information or if Apple submits materials responding to this declaration.

71. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 16, 2026

James H. Oliver, Ph.D.

# APPX. A- TEARDOWN PHOTOGRAPHS OF THE SEPTEMBER 2026 PRODUCTS

## Part 1. iPhone 18 Pro (Figures 1–17)




**Figure 1.** Rear of the iPhone 18 Pro before teardown




**Figure 2.** iPhone 18 Pro opened, showing internal components




**Figure 3.** Taptic Engine in place in the iPhone 18 Pro




**Figure 4.** Taptic Engine removed from the iPhone 18 Pro




**Figure 5.** Taptic Engine length: 19.49 mm




**Figure 6.** Taptic Engine width: 8.96 mm




**Figure 7.** Taptic Engine thickness: 4.89 mm




**Figure 8.** Taptic Engine opened: cover with two coils (top) and housing with moving mass assembly (bottom)




**Figure 9.** Opened Taptic Engine: housing, coil, and flexure




**Figure 10.** Close-up of the coil and flexure inside the opened Taptic Engine




**Figure 11.** Close-up of the coil and flexure inside the opened Taptic Engine, second view




**Figure 12.** Side view of the opened Taptic Engine showing coils and flexure




**Figure 13.** Side view of the opened Taptic Engine showing coils and flexures




**Figure 14.** Opened Taptic Engine: housing floor with two coils (right) and moving mass assembly (left)




**Figure 15.** Precision balance reading 200.000 g with 200 g calibration weight




**Figure 16.** Moving mass weighed on the precision balance: 3.087 g




**Figure 17.** Moving mass examined with a magnetic pole tester

**Part 2. iPhone 18 Pro Max (Figures 23–36)**




**Figure 23.** Rear of the iPhone 18 Pro Max before teardown




**Figure 24.** iPhone 18 Pro Max opened, showing internal components




**Figure 25.** Taptic Engine in place in the iPhone 18 Pro Max




**Figure 26.** Taptic Engine removed from the iPhone 18 Pro Max




**Figure 27.** Taptic Engine length: 20.25 mm




**Figure 28.** Taptic Engine width: 10.30 mm




**Figure 29.** Taptic Engine thickness: 4.74 mm




**Figure 30.** Opened Taptic Engine: cover (top) and housing with coils wound on a core (bottom)




**Figure 31.** Opened Taptic Engine housing showing coils and moving mass




**Figure 32.** Moving mass assembly with multiple pockets (left) and housing with coil (right)




**Figure 33.** Opened Taptic Engine showing coil and moving mass assembly




**Figure 34.** Moving mass frame (top) and housing with coil on a core (bottom)




**Figure 35.** Precision balance reading 200.000 g with 200 g calibration weight




**Figure 36.** Moving mass weighed on the precision balance: 4.116 g

**Part 3. Apple Watch Series 12 (42 mm) (Figures 37–49)**




**Figure 37.** Rear of the Apple Watch Series 12 (42 mm) before teardown




**Figure 38.** Front of the Apple Watch Series 12 (42 mm) before teardown




**Figure 39.** Apple Watch Series 12 (42 mm) opened, showing the Taptic Engine and battery




**Figure 40.** Taptic Engine removed from the Apple Watch Series 12 (42 mm) (top)




**Figure 41.** Taptic Engine removed from the Apple Watch Series 12 (42 mm) (bottom)




**Figure 42.** Taptic Engine length: 17.55 mm




**Figure 43.** Taptic Engine width: 8.82 mm




**Figure 44.** Taptic Engine thickness: 2.89 mm




**Figure 45.** Taptic Engine opened




**Figure 46.** Opened Taptic Engine showing the coil and housing




**Figure 48.** Moving mass weighed on the precision balance: 2.446 g




**Figure 49.** Moving mass examined with a magnetic pole tester

**Part 4. Apple Watch Series 12 (46 mm) (Figures 52–64)**




**Figure 52.** Rear of the Apple Watch Series 12 (46 mm) before teardown




**Figure 53.** Front of the Apple Watch Series 12 (46 mm) before teardown




**Figure 54.** Apple Watch Series 12 (46 mm) opened, showing the Taptic Engine and battery




**Figure 55.** Taptic Engine removed from the Apple Watch Series 12 (46 mm) (top)




**Figure 56.** Taptic Engine removed from the Apple Watch Series 12 (46 mm) (bottom)




**Figure 57.** Taptic Engine length: 21.64 mm




**Figure 58.** Taptic Engine width: 11.53 mm




**Figure 59.** Taptic Engine thickness: 2.86 mm




**Figure 60.** Taptic Engine opened




**Figure 61.** Opened Taptic Engine showing the coil and housing




**Figure 63.** Moving mass weighed on the precision balance: 3.865 g




**Figure 64.** Moving mass examined with a magnetic pole tester (representative view)

**Part 5. Apple Watch Ultra 4 (49 mm) (Figures 67–80)**




**Figure 67.** Rear of the Apple Watch Ultra 4 (49 mm) before teardown




**Figure 68.** Front of the Apple Watch Ultra 4 (49 mm) before teardown




**Figure 69.** Apple Watch Ultra 4 (49 mm) opened, showing the Taptic Engine and battery




**Figure 70.** Taptic Engine removed from the Apple Watch Ultra 4 (49 mm) (top)




**Figure 71.** Taptic Engine removed from the Apple Watch Ultra 4 (49 mm) (bottom)




**Figure 72.** Taptic Engine length: 22.73 mm




**Figure 73.** Taptic Engine width: 9.13 mm




**Figure 74.** Taptic Engine thickness: 5.49 mm




**Figure 75.** Taptic Engine opened: cover with coil (top) and housing with moving mass assembly (bottom)




**Figure 76.** Opened Taptic Engine showing the coil, housing, and moving mass assembly




**Figure 77.** Opened Taptic Engine showing the coil in the cover




**Figure 79.** Moving mass weighed on the precision balance: 7.588 g




**Figure 80.** Moving mass examined with a magnetic pole tester (representative view)

# APPX. B

## SIDE-BY-SIDE COMPARISONS OF THE SEPTEMBER 2026 PRODUCTS AND THE INFRINGING PRODUCTS

**September 2026 Product** | **Infringing Product (Ex. 1670)** | **September 2026 Product** | **Infringing Product (Ex. 1670)**

**Part 1. iPhone 18 Pro and iPhone 17 Pro**



**Figure 4.** iPhone 18 Pro, Taptic Engine removed from the device




iPhone 17 Pro, Ex. 1670.0064




**Figure 8.** iPhone 18 Pro, Taptic Engine opened




iPhone 17 Pro, Ex. 1670.0064




**Figure 14.** iPhone 18 Pro, close-up of the coil, housing, and moving mass assembly




iPhone 17 Pro, Ex. 1670.0065

**September 2026 Product** | **Infringing Product (Ex. 1670)** | **September 2026 Product** | **Infringing Product (Ex. 1670)**

## Part 2. iPhone 18 Pro Max and iPhone 17 Pro Max




**Figure 26.** iPhone 18 Pro Max, Taptic Engine removed from the device




iPhone 17 Pro Max, Ex. 1670.0095




**Figure 30.** iPhone 18 Pro Max, Taptic Engine opened




iPhone 17 Pro Max, Ex. 1670.0096




**Figure 34.** iPhone 18 Pro Max, close-up of the coil, housing, and moving mass assembly




iPhone 17 Pro Max, Ex. 1670.0096

## Part 3. Apple Watch Series 12 (42 mm) and Apple Watch Series 11 (42 mm)




**Figure 40.** Apple Watch Series 12 (42 mm), Taptic Engine removed from the device




Apple Watch Series 11 (42 mm), Ex. 1670.0084




**Figure 45.** Apple Watch Series 12 (42 mm), Taptic Engine opened




Apple Watch Series 11 (42 mm), Ex. 1670.0085

| September 2026 Product | Infringing Product (Ex. 1670) | September 2026 Product | Infringing Product (Ex. 1670) |
|---|---|---|---|



**Figure 46.** Apple Watch Series 12 (42 mm), close-up of the coil, housing, and moving mass assembly



Apple Watch Series 11 (42 mm), Ex. 1670.0085

**Part 4. Apple Watch Series 12 (46 mm) and Apple Watch Series 11 (46 mm)**



**Figure 55.** Apple Watch Series 12 (46 mm), Taptic Engine removed from the device



Apple Watch Series 11 (46 mm), Ex. 1670.0086



**Figure 60.** Apple Watch Series 12 (46 mm), Taptic Engine opened



Apple Watch Series 11 (46 mm), Ex. 1670.0087



**Figure 61.** Apple Watch Series 12 (46 mm), close-up of the coil, housing, and moving mass assembly



Apple Watch Series 11 (46 mm), Ex. 1670.0087

**September 2026 Product** | **Infringing Product (Ex. 1670)** | **September 2026 Product** | **Infringing Product (Ex. 1670)**

**Part 5. Apple Watch Ultra 4 and Apple Watch Ultra 3**




**Figure 70.** Apple Watch Ultra 4 (49 mm), Taptic Engine removed from the device




Apple Watch Ultra 3, Ex. 1670.0010




**Figure 75.** Apple Watch Ultra 4 (49 mm), Taptic Engine opened



Apple Watch Ultra 3, Ex. 1670.0011




**Figure 76.** Apple Watch Ultra 4 (49 mm), close-up of the coil, housing, and moving mass assembly




Apple Watch Ultra 3, Ex. 1670.0011




**Figure 80.** Apple Watch Ultra 4 (49 mm), moving mass examined with a magnetic pole tester (view 1 of 3)




Apple Watch Ultra 3, Ex. 1670.0012




**Figure 81.** Apple Watch Ultra 4 (49 mm), moving mass examined with a magnetic pole tester (view 2 of 3)




Apple Watch Ultra 3, Ex. 1670.0012




**Figure 82.** Apple Watch Ultra 4 (49 mm), moving mass examined with a magnetic pole tester (view 3 of 3)




Apple Watch Ultra 3, Ex. 1670.0012

# FREQUENCY RESPONSE CHARTS FOR THE IPHONE 18 PRO AND IPHONE 18 PRO MAX

## Part 1. iPhone 18 Pro (Figures C-1 through C-5)




**Figure C-1.** iPhone 18 Pro, mechanical power (dB re 1 microwatt) versus frequency. The green band indicates ±10 dB.




**Figure C-2.** iPhone 18 Pro, acceleration.




**Figure C-3.** iPhone 18 Pro, velocity.




**Figure C-4.** iPhone 18 Pro, displacement.

**Part 2. iPhone 18 Pro Max (Figures C-6 through C-10)**




**Figure C-6.** iPhone 18 Pro Max, mechanical power (dB re 1 microwatt) versus frequency. The green band indicates ±10 dB.




**Figure C-7.** iPhone 18 Pro Max, acceleration.




**Figure C-8.** iPhone 18 Pro Max, velocity.




**Figure C-9.** iPhone 18 Pro Max, displacement.

**Part 3. Comparison with the Tested iPhones (Figure C-11)**




**iPhone SE (Trial Ex. 1668.0065)**




**iPhone 8 (Trial Ex. 1668.0067)**




**iPhone XS (Trial Ex. 1668.0069)**




**iPhone 12 Pro (Trial Ex. 1668.0072)**




**iPhone 13 (Trial Ex. 1668.0074)**




**iPhone 14 Pro Max (Trial Ex. 1668.0076)**

Figure C-11 (continued). The iPhone Air (the seventh Tested iPhone, Trial Ex. 1668) and the iPhone 18 Pro and iPhone 18 Pro Max. The green band indicates ±10 dB. (Page 2 of 2.)




**iPhone Air (Trial Ex. 1668.0080)**




**iPhone 18 Pro**




**iPhone 18 Pro Max**