UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TACTION TECHNOLOGY, INC.,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No.: 21-CV-812 TWR (JLB)

**ORDER GRANTING (1) JOINT MOTION RE REPLIES FOR POST-TRIAL BRIEFING, AND (2) PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**

(ECF Nos. 731, 732)

Presently before the Court are Plaintiff Taction Technology, Inc. and Defendant Apple Inc.'s Joint Motion re Replies for Post-Trial Briefing ("Jt. Mot.," ECF No. 731) and Plaintiff's Motion to File Taction's Opposition to Apple Inc.'s Renewed Motion for Judgment as a Matter of Law and, in the Alternative, Motion for a New Trial (Fed. R. Civ. P. 50(b), 59) Under Seal ("Mot. to Seal," ECF No. 732), which the Court addresses in turn.

Regarding the Joint Motion, the Parties request that the Court set a deadline to file replies in support of their respective post-trial briefs, namely, Defendant's Renewed Motion for Judgment as a Matter of Law and, in the Alternative, Motion for a New Trial (ECF No. 722) and Plaintiff's Motion for Supplemental Damages, Ongoing Royalty, and Prejudgment and Post Judgment Interest (ECF No. 725) (together, the "Post-Trial Motions"). Good cause appearing, the Court **GRANTS** the Joint Motion. Accordingly,

each Party **MAY FILE** an optional reply in support of its respective post-trial motion no later than fourteen (14) days after the filing date of the opposition brief. The Court also **SETS** the Post-Trial Motions for a hearing at 1:30 p.m. on January 19, 2027, in Courtroom 14A.

As for Plaintiff's Motion to Seal, Plaintiff contends that compelling reasons exist to file under seal portions of its Memorandum, the Declaration of John Steinberg, and Exhibit A (its confidential OEM License Agreement with a third party) because the proposed redactions contain both Plaintiff's and Defendant Apple Inc.'s confidential business information. (*See id.* at 2–4.) Defendant does not oppose Plaintiff's request. (*See id.* at 4.) Having reviewed the proposed redactions, the Court concludes that they are narrowly tailored and that compelling reasons exist to file them under seal. The Court therefore **GRANTS** Plaintiff's Motion to Seal. Accordingly, the Clerk of Court **SHALL FILE UNDER SEAL** the unredacted documents that were provisionally lodged under seal at ECF No. 733.

**IT IS SO ORDERED.**

Dated: November 5, 2026

Honorable Todd W. Robinson
United States District Judge