Sean S. Pak (SBN 219032)
seanpak@quinneemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: (415) 875-6320
Fax: (415) 875-6700

Tigran Guledjian (SBN 207613)
tigranguledjian@quinnemanuel.com
Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
Scott L. Watson (SBN #219147)
scottwatson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Additional Counsel Listed on Signature Page

*Attorneys for Plaintiff Taction Technology, Inc.*

Roger A. Denning (SBN 228998)
denning@fr.com
Christopher S. Marchese (SBN 170239)
marchese@fr.com
Seth M. Sproul (SBN 217711)
sproul@fr.com
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
Ryan P. O'Connor (SBN 253596)
oconnor@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
Madelyn S. McCormick (SBN 320063)
mmccormick@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, California 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Additional Counsel Listed on Signature Page

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TACTION TECHNOLOGY, INC.,

Plaintiff,

vs.

APPLE INC.,

Defendant.

Case No. 3:21-cv-00812-TWR-JLB

**JOINT MOTION TO RESCHEDULE HEARING FOR POST-TRIAL MOTIONS**

Judge: Hon. Todd W. Robinson

Magistrate Judge: Hon Jill L. Burkhardt

Plaintiff Taction Technology, Inc. and Defendant Apple Inc. hereby jointly move the Court to reschedule the hearing on post-trial motions.

On November 5, 2026, the Court set the hearing on post-trial motions for January 19, 2027. Dkt. 735.

On November 5, 2026, the Court also set a deadline for replies in support of post-trial motions for fourteen days after the filing date of the opposition brief. Dkt. 735. Apple filed its reply brief on November 17, 2026 (Dkt. 741), and Taction's reply brief is due on November 20, 2026.

On November 9, 2026, Taction's counsel conveyed by email that they have a conflict with the January 19, 2027 hearing date and suggested finding a new date in the first two weeks of February. The parties' respective positions regarding a new hearing date are set forth below.

**<u>Taction's Position:</u>**

Taction's counsel has a conflict with the January 19 hearing date based on an argument in the United States Supreme Court on January 20. Apple has proposed dates in December or January, but Taction's counsel involved in the post-trial briefing has conflicts in both those months given existing hearing dates and case schedules, as well as the holidays.

Taction's counsel is available for hearing any date in February except February 16-22. Apple has stated it is also available on these dates. Taction respectfully requests the Court select a date in February that permits Taction's chosen counsel to participate in the hearing. Taction agrees with Apple that the issues are significant—this weighs in favor of selecting a date when Taction's counsel of choice can participate. An extension of a few weeks to permit that is appropriate, particularly in the context of a matter that has been pending over five years.

**<u>Apple's Position:</u>**

Apple defers to the Court regarding scheduling, but it is Apple's strong preference to proceed as early as possible, both because of the significance of the

issues and the freshness of the record. As such, Apple will make itself available for a hearing any day in December, January, or February.

Dated: November 20, 2026

FISH & RICHARDSON P.C.

By: /s/ Roger A. Denning
Roger A. Denning (SBN 228998)
denning@fr.com
Christopher S. Marchese (SBN 170239)
marchese@fr.com
Seth M. Sproul (SBN 217711)
sproul@fr.com
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
Ryan P. O'Connor (SBN 253596)
oconnor@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Tyler R. Train (SBN 318998)
train@fr.com
Madelyn S. McCormick (SBN 320063)
mmccormick@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Qiuyi Wu (*pro hac vice)*
qwu@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Tel: (617) 542-5070 / Fax: (617) 542-8906

Jacqueline Tio (*pro hac vice)*
tio@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street N.E., 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005 / Fax: (404) 892-5005

Counsel for *Defendant Apple Inc.*

Dated: November 20, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Scott L. Watson

Tigran Guledjian (SBN 207613)
tigranguledjian@quinnemanuel.com
Lance Yang (SBN 260705)
lanceyang@quinnemanuel.com
Scott L. Watson (SBN #219147)
scottwatson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000 / Fax: (213) 443-3100

Sean S. Pak (SBN 219032)
seanpak@quinneemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6320 / Fax: (415) 875-6700

Nagendra (Nick) Setty (*pro hac vice*)
nicksetty@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel: (206) 905-7000 / Fax: (206) 905-7100

Counsel for *Plaintiff Taction Technology, Inc.*